UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant | Civil Action No. 04-10339-GAO<br>(Magistrate Judge Cohen) |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

American Science & Engineering, Inc., is a publicly traded company listed on the American Stock Exchange. It has no parent company, and no public company owns 10% or more of its stock.

Dated: March 10, 2004

AMERICAN SCIENCE AND ENGINEERING, INC.

*By its attorneys,*

Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsum.com

## CERTIFICATE OF SERVICE

I certify that, on March 10, 2004, I served a true copy of this document by hand on counsel for each other party.

_____
Erik Paul Belt

01945/00511 299490.1