SCANNED
DATE: 3-29-04
BY: MG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(b)(4), plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), requests leave of the Court to file a memorandum in excess of 20 pages in opposition to the Defendant's motion to dismiss under Rule 12(b)(1). In support of this motion, L-3 states that defendant' motion to dismiss raised a number of fact-intensive issues concerning various conversations, documents, and court proceedings affecting whether L-3 had an objectively reasonable apprehension of being sued under the two patents-in-suit. L-3 found it necessary to discuss and analyze such materials in detail, and to provide a detailed presentation of the applicable legal precedents and how those precedents apply to the facts in this case, in order to fully respond to defendant's motion.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE

Dated: March 24, 2004

Michael A. Albert, BBO #558566
Robert M. Abrahamsen, BBO #636635
John L. Strand, BBO #654985
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.720.3500
Fax: 617.720.2441

780222.1

## CERTIFICATE OF SERVICE

I certify that on the above date, I served Plaintiff's Motion for Leave to File Memorandum in Excess of 20 Pages, on counsel for Defendant by sending a copy of the same by hand to:

Erik Paul Belt
Bromberg & Sunstein LLP
125 Summer Street
Boston, Massachusetts 02110

_____
Laura Shine