IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS
CORPORATION DELAWARE,

        Plaintiff,

v.

AMERICAN SCIENCE & ENGINEERING,
INC.,

        Defendant.

CIVIL ACTION NO. 04-10339-RWZ

## L-3'S ASSENTED TO MOTION FOR LEAVE
## TO FILE ITS AMENDED COMPLAINT

In this declaratory judgment patent case, defendant-patentee, American Science & Engineering, Inc. ("AS&E"), has sought to strike plaintiff's, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), claims of inequitable conduct concerning the two patents-in-suit.  AS&E bases its motion on L-3's alleged failure to plead its inequitable conduct claims with particularity pursuant to Fed. R. Civ. P. 9(b).

As a result of negotiations between the parties, L-3 hereby moves for leave to file an amended complaint which sets forth L-3's inequitable conduct claims in more detail.  Pursuant to Fed. R. Civ. P. 15(a), AS&E has stipulated in writing to the filing of L-3's amended complaint.  AS&E has further agreed to withdraw its Motion To Strike.  The parties agree that AS&E's stipulation to allow L-3 to file its amended complaint does not in any way prejudice AS&E's right to contest the legal and factual basis of L-3's claims.

THEREFORE, L-3 respectfully requests this Court accept L-3's Amended Complaint, filed contemporaneously with this Motion.

Respectfully Submitted,

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION DELAWARE,


Dated:  June 17, 2004                 /s/ Michael A. Albert
                                      Michael A. Albert, BBO #558566
                                      malbert@wolfgreenfield.com
                                      Robert M. Abrahamsen, BBO #636635
                                      John L. Strand, BBO #654985
                                      WOLF, GREENFIELD & SACKS, P.C.
                                      600 Atlantic Avenue
                                      Boston, Massachusetts 02210
                                      Tel.: 617.720.3500
                                      Fax: 617.720.2441


## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that counsel for the parties conferred in good faith prior to the filing of this motion and AS&E consented in writing to this motion.


/s/ Michael A. Albert