UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>            Defendant | Civil Action No. 04-10339-RWZ |

## AMERICAN SCIENCE & ENGINEERING'S
## NOTICE OF WITHDRAWAL OF
## MOTION TO STRIKE INEQUITABLE CONDUCT CLAIMS

On June 3, 2004, American Science & Engineering ("AS&E") moved under the particularity requirement of Rule 9(b) to strike the plaintiff's inequitable conduct claims. *See* Court Docket Entry Nos. 15 and 16. AS&E and the plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), have now negotiated a resolution of this motion. L-3 has agreed to amend its complaint to state the inequitable conduct claims in more detail, as reflected in L-3's motion to amend and accompanying amended complaint, both filed earlier today. In that motion, the parties agree that AS&E's consent to the amendment does not prejudice its right to contest the legal and factual basis for L-3's claims. In return, AS&E has agreed to withdraw its motion to strike.

ACCORDINGLY, AS&E respectfully withdraws its motion to strike L-3's inequitable conduct claims.

| | |
|---|---|
| Dated: June 18, 2004 | AMERICAN SCIENCE AND ENGINEERING, INC. |
| | |
| | *By its attorneys*, |
| | |
| | /s/ Erik P. Belt<br>Erik Paul Belt, BBO # 558620<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Tel: (617) 443-9292<br>Facsimile: (617) 443-0004<br>ebelt@bronsum.com |

01945/00511   317676.1