UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>AMERICAN SCIENCE & ENGINEERING, INC. )<br>)<br>    Defendant )<br>) | Civil Action No. 04-10339-RWZ |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the Defendant, American Science & Engineering, Inc., in this action.

                 /s/  John F. Ward
                 Erik Paul Belt, BBO# 558620
                 John F. Ward, BBO # 646689
                 BROMBERG SUNSTEIN LLP
                 125 Summer Street
                 Boston, Massachusetts  02110
                 617.443.9292
                 617.443.0004 (fax)
                 jward@bromsun.com

Dated:  July 13, 2004

01945/00511  322107.1