UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>Defendant | Civil Action No. 04-10339-RWZ<br><br>JURY DEMANDED |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff, L-3 Communications Security And Detection Systems Corporation Delaware ("L-3") and Defendant, American Science & Engineering, Inc. ("AS&E"), submit this joint statement in accordance with Local Rule 16.1(D), and the Court's Order of July 1, 2004, in advance of the Scheduling Conference before the Court on July 27, 2004, at 2:30 p.m.

1. Proposed Agenda for Scheduling Conference.
   a. Establish an effective and expeditious discovery and trial schedule (see below).
   b. Address suitable Protective Order for protection of confidential or proprietary commercial information.
   c. Explore the possibility of settlement.
2. Proposed Pretrial Schedule
   a. Initial Disclosures by:                          July 27, 2004
   b. Join parties or amend pleadings by:              November 2, 2004
   c. Exchange expert reports by:                      January 28, 2005
   d. Exchange rebuttal expert reports by:             February 28, 2005
   e. Complete all discovery by:                       April 29, 2005
   f. File all dispositive motions by:                 May 27, 2005

      g. Hold final pretrial conference by:      30 days after ruling on dispositive motions

      h. Parties Ready for Trial      To be scheduled by court

3. Certifications of Counsel

   The certifications of plaintiff and defendant and their respective counsel pursuant to Local Rule 16.1(D)(3) are attached. See Attachment A and B.

4. Phased Discovery

   Phased discovery is not required in this action.

5. Trial by Magistrate

   The parties do not consent to trial by Magistrate Judge.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| AMERICAN SCIENCE & ENGINEERING, INC. | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE |
| By its Attorneys, | By its Attorneys, |
| Erik Paul Belt, BBO# 558620<br>John F. Ward, BBO# 646689<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 443-9292<br>Facsimile: (617) 443-0004<br>E-mail: ebelt@bromsun.com | Michael A. Albert, BBO# 558566<br>James J. Foster, BBO# 553285<br>Robert M. Abrahamsen, BBO# 636635<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Telephone: (617) 646-8000<br>Facsimile: (617) 646-8646 |
| Dated at: Boston, Massachusetts<br>July 20, 2004 | Dated at: Boston, Massachusetts<br>July 20, 2004 |

01945/00511 324072.1