IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned certify that L-3 Communications Security and Detection Systems Corporatation Delaware, and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Mark S. Syrnick
L-3 Communications,
  Security and Detection Systems
10E Commerce Way
Woburn, MA 01801

_____
James J. Foster, BBO# 553285
Michael A. Albert, BBO# 558566
Robert A. Abrahamsen, BBO# 636635
John L. Strand, BBO# 654985
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 720-2441

Dated: July 20, 2004

Dated: July 20, 2004

810953.1