UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>Defendant | Civil Action No. 04-10339-RWZ<br><br>JURY DEMANDED |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned certify that American Science & Engineering, Inc., and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_(signed)_
William F. Grieco, Esq.
General Counsel
AMERICAN SCIENCE AND
ENGINEERING, INC.
829 Middlesex Turnpike
Billerica, MA 01821

Date: July 15, 2004

01945/00511  322944.1

_(signed)_
Erik Paul Belt, BBO# 558620
John F. Ward (BBO # 646689)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004

Dated: July 16, 2004