IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**DECLARATION OF ROBERT M. ABRAHAMSEN
IN SUPPORT OF PLAINTIFF'S
<u>RULE 37 MOTION FOR SANCTIONS</u>**

1. I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for defendants. I submit this Declaration under penalty of perjury in support of Plaintiff's Rule 37 Motion for Sanctions.

2. Attached as Exhibit ("Ex.") A is a copy of Plaintiff's First Request for Production of Documents and Things that was served on AS&E on July 9, 2004.

3. Attached as Ex. B is a copy of a Notice of Deposition that was served on AS&E on September 17, 2004.

4. Attached as Ex. C is a copy of an e-mail that was sent from L-3's counsel to AS&E's counsel on October 4, 2004.

5. Attached as Ex. D. is a copy of a Re-notice of Deposition that was served on AS&E on November 17, 2004.

6.      Attached as Ex. E is a copy of the transcript from the deposition of December 3, 2004, at which AS&E failed to appear.

7.      Attached as Ex. F is a copy of a deposition transcript from <u>American Science & Engineering, Inc. v. EG&G Astrophysics Research Corporation</u>, Civil Action No. 98-111939-GAO.


/s/ Robert M. Abrahamsen