UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERICAN SCIENCE & ENGINEERING, INC. )<br><br>Defendant ) | Civil Action No. 04-10339-RWZ |

## AS&E'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON L-3'S INEQUITABLE CONDUCT DEFENSES

Pursuant to Fed.R.Ci.v.P. 56 and local Rule 7.1(b)(2), Defendant American Science and Engineering, Inc. ("AS&E") moves for partial summary judgment on the inequitable conduct claims found in Counts 3 and 6 of Plaintiff L-3 Communications Security and Detection Systems Corporation Delaware's ("L-3") complaint. AS&E provided the PTO with the information L-3 claims was withheld, and that information is in the file history of the patents in suit. Therefore, L-3's inequitable conduct claims must fail as a matter of law.

### RULE 7.1 CERTIFICATE

The undersigned certifies that counsel for the parties conferred in a good faith attempt to resolve and narrow the issues but were unable to do so.

Dated: December 22, 2004                              AMERICAN SCIENCE AND
                                                      ENGINEERING, INC.

*By its attorneys,*

_____
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsum.com

## CERTIFICATE OF SERVICE

I certify that, on December 22, 2004, I served a true copy of this document by hand on James J. Foster, counsel for L-3, at Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210.

_____
Erik Paul Belt

01945/00511 353132.1