UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE )<br>)<br>)<br>)<br>)<br>Plaintiff and Counter-defendant )<br>)<br>v. )<br>)<br>AMERICAN SCIENCE & ENGINEERING, INC. )<br>)<br>Defendant and Counterclaimant )<br>) | Civil Action No. 04-10339-RWZ |

## AS&E's LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS

1.  United States Patent No. 6,292,533 to Swift *et al.*, issued September 18, 2001, and is assigned to AS&E ("the '533 patent"). The '533 patent (**Exh. 1**) is entitled "Mobile X-Ray Inspection System for Large Objects." According to the face of the '533 patent, it issued from an application filed on May 15, 2001. Furthermore, according to the "Related U.S. Application Data" on the face of the patent, that application was a continuation of a line of continuation applications tracing their heritage back to an application filed on February 12, 1997 (Application No. 08/799,533, which resulted in United States Patent No. 5,764,683) and ultimately to a provisional application, No. 60/011,495, filed on February 12, 1996 ("the '495 provisional application"). The '495 provisional application is included as **Exh. 3**.[1]

---

[1] All exhibits are included in the separately bound appendix of exhibits filed with this statement and AS&E's other summary judgment papers.

2. United States Patent No. 5,903,623 to Swift *et al.*, issued on May 11, 1999, and is also assigned to AS&E ("the '623 patent"). The '623 patent (**Exh. 2**) is also entitled "Mobile X-Ray Inspection System for Large Objects." Likewise, as seen on its face, the '623 patent also claims priority back to the original '495 provisional application.

3. AS&E expressly incorporated the '495 provisional application by reference into its applications for the '623 and '533 patents. Specifically, in both patents, AS&E states that "[t]he present application claims priority from U.S. provisional application number 60/011,495, filed Feb. 12, 1996, also incorporated herein by reference." *See* **Exh. 1**, '533 patent at Col. 1, *ll.* 10-13; **Exh. 2**, '623 patent at Col. 1, *ll.* 7-10.

4. AS&E fully disclosed to the PTO the government contract, DAAB10-95-C-0001, and its subject matter in the '495 provisional application, which was expressly incorporated by reference into the application that became the '533 patent. Specifically, in the '495 provisional application, AS&E states that "[a] series of embodiments providing both back scatter imaging as well as transmission imaging are discussed in the document attached hereto and incorporated herein by reference as Appendix 3." **Exh. 3**, '495 provisional application at p. 3, *ll.* 13-15.

5. Appendix 3 to the '495 provisional application, in turn, states that AS&E has "recently completed a truck-mounted, mobile implementation of the CargoSearch technology under an ARPA-funded contract (DAAB10-95-C-0001) with the U.S. Army CECOM Intelligence and Electronics Warfare Directorate." **Exh. 3**, Appendix 3 to '495 provisional application at p. 4.

6. Appendix 3 goes on to discuss the details of the contract, including, for example, that the subject of the contract, a prototype Mobile CargoSearch™ system, was scheduled to be delivered to Fort Huachuca, Arizona, in December 1995. Appendix 3 also describes "primary

features" of the system and includes a photograph and drawings and other proprietary information about the system and its concept. For example, AS&E describes the subject of the contract as follows:

> The primary features of the Mobile CargoSearch are: (1) it is a completely self-contained, mobile system, able to be moved over ordinary roadways to its intended operating site and set up easily by a crew of two or three people; (b) it can be used to scan objects ranging in size from a small car to a full-scale tractor trailer rig; (c) it scans objects without requiring them to be moved – i.e., the system itself scans past the inspected objects rather than conveying or towing the object past a stationary system.

*Id.* at p. 4.

7.  AS&E also disclosed to the PTO the non-mobile CargoSearch™ system installed in Otay Mesa, California ("the Otay Mesa installation"). Details of the Otay Mesa installation were disclosed to the PTO in numerous places throughout the '495 provisional application. *See, e.g.,* **Exh. 3**, Appendix 1 to the '495 provisional application at ppg. B-5 and B-15.

8.  For example, AS&E disclosed the following details of the Otay Mesa installation to the PTO:

> The CARGOSEARCH system at Otay Mesa is configured from modular components: 450 kV source assemblies, modular x-ray high voltage power supplies, modular detectors, a detector electronics box and an operator's console, together with their interconnecting cables. .

**Exh. 3**, Appendix 1 to the '495 provisional application at p. B-5.

9.  AS&E again disclosed both the existence and details of the Otay Mesa installation elsewhere in the '495 provisional application. *See, e.g., Id.* at Appendix 1, ppg. B-15, B-18, B-20 (a photograph of the Otay Mesa installation); Appendix 3 at p. 6 ("The CargoSearch system at Otay Mesa has now been in operation for more than fifteen months . . .

."). Accordingly, AS&E also fully disclosed to the PTO the Otay Mesa installation in the official prosecution history of the '533 and '623 patents.

Dated: December 22, 2004

*Respectfully submitted,*

AMERICAN SCIENCE AND
ENGINEERING, INC.

*By its attorneys,*

_____
Erik Paul Belt, BBO #558620
John F. Ward, BBO # 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsum.com

## CERTIFICATE OF SERVICE

I certify that, on the above date, I served by hand delivery a true copy of this document on counsel for each other party.

_____
Erik Paul Belt

01945/00501  353598.1