**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), moves for a two-week extension of time to respond to the motion for partial summary judgment that defendant, American Science & Engineering, Inc. ("AS&E"), filed on December 22, 2004. The requested extension would make L-3's response due on January 19, 2005.

The parties conferred on this request today, and AS&E's counsel, Eric Belt, stated that AS&E would not oppose this motion.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE

Dated:  December 30, 2004 /s/ James J. Foster
James J. Foster, BBO #553285
Michael A. Albert, BBO #558566
Robert M. Abrahamsen, BBO #636635
John L. Strand, BBO #654985
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.720.3500
Fax: 617.720.2441
JFoster@wolfgreenfield.com

**855233.1**