UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>Defendant | Civil Action No. 04-10339-RWZ |

**AMERICAN SCIENCE & ENGINEERING'S MOTION TO STRIKE L-3'S
REPLY IN SUPPORT OF RULE 37 MOTION FOR SANCTIONS**

On December 28, 2004, L-3 submitted a reply brief and supporting declaration in support of its Rule 37 Motion for Sanctions. Pursuant to Local Rule 7.1(B)(3), a party who wishes to file a reply brief must seek the Court's leave. Before a party moves for the Court's leave, it <u>must</u> confer with opposing counsel pursuant to Local Rule 7.1(A)(2). L-3 did not fulfill this obligation. It failed to confer with counsel for AS&E before submitting its reply memoranda. As argued in the accompanying memorandum, L-3 has repeatedly flouted the Local Rules. This latest omission is symptomatic of L-3's pattern of disregarding the rules.

ACCORDINGLY, pursuant to Local Rules 7.1(A)(2) and 7.1(B)(3), this Court should strike, with prejudice, L-3's Reply in Support of Rule 37 Motion For Sanctions.

1

## CONCLUSION

For all of the foregoing reasons, AS&E respectfully requests that this Court strike, with prejudice, L-3's Reply in Support of its Rule 37 Motion for Sanctions.

## CERTIFICATION UNDER LOCAL RULE 7.1

The undersigned certifies that, on January 4, 2005, counsel for the parties conferred by telephone in a good faith attempt to resolve or narrow the issue but were unable to do so.

Dated: January 4, 2005

AMERICAN SCIENCE AND
ENGINEERING, INC.

*By its attorneys*,

/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
John F. Ward, BBO # 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bromsun.com
jward@bromsun.com

01945/00511 355276.1