125 SUMMER STREET  BOSTON MA 02110-1618    
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM



ERIK PAUL BELT
T 617 443 9292 x260
EBELT@BROMSUN.COM

March 26, 2004

**VIA FIRST CLASS MAIL**

Michael Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Re:  *L-3 Communications Security and Detection Systems Corporation Delaware v. American Science and Engineering, Inc.*
United States District Court for the District of Massachusetts
C.A. No. 04-10339-GAO
Our File    1945/511

Dear Michael:

Please note that Local Rule 7.1(a)(2) provides that "No motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." Before filing your motion for leave to exceed the twenty page limit for your opposition brief, you never called me to seek my assent or otherwise to confer in good faith.

I assume your failure was a simple oversight and that it will not happen again.

Very truly yours,

Erik Paul Belt
EPB/id

01945/00511  302812.1

EXHIBIT
1

ATTORNEYS AT LAW

125 SUMMER STREET  BOSTON M  2110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG & SUNSTEIN LLP

ERIK PAUL BELT
T 617 443 9292 x260
EBELT@BROMSUN.COM

July 19, 2004

**VIA FACSIMILE**

FILE COPY

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Re:  *L-3 Communications Security and Detection Systems Corporation Delaware v. American Science and Engineering, Inc.* C.A. No. 04-10339-RWZ (D. Mass.)
Our File:   1945/511

Dear Michael:

I am disappointed that I have not yet seen a draft from you of the Rule 16 Joint Statement. You said that you would undertake the drafting of that document. Because we have not received the document yet, I am fearful that we will not have enough time to allow my client to properly consider it. Please get me the draft immediately so that we can have the proper time to consider the document, which we are required to file **tomorrow**, July 20th.

Moreover, under Local Rule 16.1(c), you were required to send me a written settlement proposal no later than ten days before the scheduling conference. That deadline has come and gone and you have not yet fulfilled your obligation. I will bring this omission to the attention of the Court.

Very truly yours,

Erik Paul Belt

cc:   William F. Grieco, Esq.
      John F. Ward, Esq.

01945/00511  323886.1

EXHIBIT 2

ATTORNEYS AT LAW

```
          *********************
          ***   TX REPORT   ***
          *********************

TRANSMISSION OK

TX/RX NO                    4052
CONNECTION TEL              01945#00511#16177202441#
CONNECTION ID
ST. TIME                    07/19 11:49
USAGE T                     00'44
PGS. SENT                   2
RESULT                      OK
```

125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG ✻ SUNSTEIN** LLP

# FACSIMILE

| | | | |
|---|---|---|---|
| TO | Michael A. Albert, Esq. | FAX | (617) 720-2441 |
| FROM | Erik Paul Belt, Esq. | PAGES | 3  (INCLUDING THIS SHEET) |
| PHONE | (617) 720-3500 | DATE | 7/19/2004 |
| RE | *L-3 Communications Security and Detection Systems Corporation Delaware v. American Science and Engineering, Inc.* C.A. No. 04-10339-RWZ (D. Mass.) | | |
| OUR FILE | 1945/511 | YOUR FILE | |

COMMENTS

Please see attached.

01945/00511  323890.1

125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG + SUNSTEIN LLP

# FACSIMILE

| | | | |
|---|---|---|---|
| TO | Michael A. Albert, Esq. | FAX | (617) 720-2441 |
| FROM | Erik Paul Belt, Esq. | PAGES | 3   (INCLUDING THIS SHEET) |
| PHONE | (617) 720-3500 | DATE | 7/19/2004 |
| RE | *L-3 Communications Security and Detection Systems Corporation Delaware v. American Science and Engineering, Inc.* C.A. No. 04-10339-RWZ  (D. Mass.) | | |
| OUR FILE | 1945/511 | YOUR FILE | |

**COMMENTS**

Please see attached.

01945/00511  323890.1

PLEASE NOTIFY BROMBERG & SUNSTEIN LLP AT (617) 443-9292, IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION.

THIS TRANSMITTAL IS INTENDED ONLY FOR THE ADDRESSEE, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE RECIPIENT OF THIS TRANSMITTAL IS NOT THE ADDRESSEE, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.