IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

### RESPONSE TO MOTION TO STRIKE

L-3 had requested leave of Court to file a Reply Memorandum in support of its Motion for Sanctions. AS&E has now filed a motion to strike the Reply Brief. The sole ground for AS&E's motion to strike is that the request had not included a Local Rule 7.1(A)(2) certification that counsel had conferred.

The motion should be dismissed as pedantic and unnecessary. On page 3 of its Memorandum, AS&E itself candidly admits that it in such a conference "would surely have assented to L-3's filing of its reply." Since there appears to be no substantive objection, the Reply Brief should be considered.

857590.1

                                              Respectfully submitted,

                                              L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE

Dated:  January 11, 2005       /s/James J. Foster
                                              James J. Foster, BBO #553285
                                              jfoster@wolfgreenfield.com
                                              Michael A. Albert, BBO #558566
                                              malbert@wolfgreenfield.com
                                              Robert M. Abrahamsen, BBO #636635
                                              rabrahamsen@wolfgreenfield.com
                                              WOLF, GREENFIELD & SACKS, P.C.
                                              600 Atlantic Avenue
                                              Boston, Massachusetts 02210
                                              Tel.: 617.646-8000
                                              Fax: 617.646-8646

857590.1