IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

## PLAINTIFF'S EMERGENCY MOTION FOR (1) A HEARING ON ITS SANCTIONS MOTION AND (2) AN EXTENSION OF ITS DEADLINE FOR SERVING EXPERT REPORTS

Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), requests a hearing as soon as possible on its previously filed sanctions motion, and further moves to extend for two months the deadline for L-3 (and only L-3) to serve its expert reports, from January 28, 2005 to March 28, 2005.

AS&E's deadline for serving expert reports would remain as January 28, 2005.

Because the deadline is imminent, L-3 requests that this motion be expedited and scheduled for a prompt hearing.

### REQUEST FOR ORAL ARGUMENT

L-3 requests oral argument on this motion.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE

Dated:  January 19, 2005            /s/ James J. Foster
                                    James J. Foster, BBO #553285
                                    Michael A. Albert, BBO #558566
                                    Robert M. Abrahamsen, BBO #636635
                                    John L. Strand, BBO #654985
                                    WOLF, GREENFIELD & SACKS, P.C.
                                    600 Atlantic Avenue
                                    Boston, Massachusetts 02210
                                    Tel.: 617.720.3500
                                    Fax: 617.720.2441
                                    JFoster@wolfgreenfield.com

## LOCAL RULE 7.1 CERTIFICATE

I have conferred with counsel for AS&E and have attempted in good faith
to resolve the issue set forth above and further discussed in the accompanying
memorandum of law.

/s/ James J. Foster

859792.1                                2