IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS
CORPORATION DELAWARE,

                    Plaintiff,

v.                                                         CIVIL ACTION NO. 04-10339-RWZ

AMERICAN SCIENCE &
ENGINEERING, INC.,

                    Defendant.

## L-3'S RESPONSE TO AS&E'S STATEMENT OF
## UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 56.1, L-3 responds to the numbered paragraphs of

AS&E's Statement Of Undisputed Material Facts as follows:

4.        AS&E did not "fully" disclose to the PTO the government contract,

DAAB10-95-C-0001, and its subject matter in the `495 provisional application.  Nor was

the contract "fully" disclosed in any application from which the patents-in-suit originated

claiming priority to the `495 provisional application.  AS&E did not disclose the date of

that contract, which was more than one year before the filing date of the `495

provisional application.  AS&E did not disclose that the contract was a prior art sale.  In

addition, AS&E never disclosed the actual text of the contract to the PTO.

The quoted language, that a "series of embodiments . . . are discussed . . . in

Appendix 3" referred to embodiments "of the invention," which statement would have

caused a reasonable examiner to understand, incorrectly, that the contract mentioned in

Appendix 3 was not prior art.

5.    The quoted statement inaccurately suggested that the contract was "recent," without disclosing that it was prior art because it had been signed more than a year earlier.

6.    As noted above in 4, several important details of the contract were not disclosed in Appendix 3 or elsewhere in the application papers.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE

Dated:  January 19, 2005          /s/ James J. Foster
James J. Foster, BBO #553285
Michael A. Albert, BBO #558566
Robert M. Abrahamsen, BBO #636635
John L. Strand, BBO #654985
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.720.3500
Fax: 617.720.2441
JFoster@wolfgreenfield.com