IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**NOTICE OF WITHDRAWAL OF ASSENTED TO MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
<u>(IMPOUNDMENT UNDER L.R. 7.2(a))</u>**

Pursuant to instructions from clerk Jay Johnson, Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware, withdraws its Assented to Motion for Leave to File Documents Under Seal, docket entry 44.  A revised Motion will be filed forthwith.

<table>
<tr><td></td><td>L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>By its attorneys,</td></tr>
<tr><td>Date: January 20, 2005</td><td>/s/ James J. Foster<br>James J. Foster, BBO #553285<br>jfoster@wolfgreenfield.com<br>Michael A. Albert, BBO #558566<br>Robert M. Abrahamsen, BBO #636635<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617-646-8000<br>Fax: 617-646-8646</td></tr>
</table>