## Erik Belt

**From:** John F. Ward
**Sent:** Thursday, December 02, 2004 5:19 PM
**To:** 'Foster, James'
**Cc:** Erik Belt
**Subject:** RE: Friday's deposition

Jim,

Please also convey to your client that we will assent to an appropriate extension of the discovery schedule, if necessary.

Regards,

John


John Ward
Attorney

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.



-----Original Message-----
**From:** Foster, James [mailto:James.Foster@WolfGreenfield.com]
**Sent:** Thursday, December 02, 2004 5:06 PM
**To:** John F. Ward
**Cc:** mark.syrnick@l-3com.com; Abrahamsen, Robert; Albert, Michael; Pritzker, Randy
**Subject:** RE: Friday's deposition

John -- I will pass along your proposal  -- to suspend the taking of depositions for eight weeks, when none have been taken as yet, and expert reports are due on January 28 -- to my client, who will give it the consideration it deserves.   JJF


-----Original Message-----
**From:** John F. Ward [mailto:JWard@bromsun.com]
**Sent:** Thursday, December 02, 2004 4:49 PM
**To:** Foster, James



EXHIBIT 1

**Cc:** Erik Belt
**Subject:** RE: Friday's deposition

Jim,

We propose January 26 or February 14, 2005, as alternative deposition dates. These dates make sense in light of the previously discussed scheduling conflicts and the schedule of AS&E's witness.

Please let me know at your earliest convenience which of these dates is acceptable to L-3.

Regards,

John


John Ward
Attorney

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

-----Original Message-----
**From:** Foster, James [mailto:James.Foster@WolfGreenfield.com]
**Sent:** Thursday, December 02, 2004 3:37 PM
**To:** John F. Ward; Erik Belt
**Cc:** Abrahamsen, Robert; Albert, Michael; Pritzker, Randy
**Subject:** RE: Friday's deposition

John -- We had originally noticed this deposition for October 6, but postponed it because your client needed more time to produce documents. We faxed our notice for tomorrow's deposition on November 17. If all your client wanted was a more convenient date, it has had ample time to suggest one, but has not done so. We strive to be courteous to other counsel, but it appears that your client is trying to avoid or, at a minimum, seriously delay discovery. There is nothing magic about tomorrow, but we cannot agree to call the deposition off if your client cannot commit to an acceptable date certain on which it will be held. Under the rules, the only way to deal with an intransigent party is to notice a deposition, record the no-show, and move for sanctions. As the Court has set deadlines, we cannot allow your

1/25/2005

client to string us along for months. I remind you that in the last suit between these parties, your client also cavalierly ignored a deposition notice when it didn't want to submit to discovery.    JJF

-----Original Message-----
**From:** John F. Ward [mailto:JWard@bromsun.com]
**Sent:** Thursday, December 02, 2004 12:59 PM
**To:** Foster, James
**Cc:** Erik Belt
**Subject:** RE: Friday's deposition

Jim,

I write further to the voicemail I left for you last evening on this matter. As I have stated several times over the course of the last week, AS&E is unable to appear at a deposition on Dec. 3, 2004. As you know, Erik is lead counsel on this litigation. He is also lead counsel on a matter scheduled for trial through December 17, 2004. As I'm sure you appreciate, Erik is unable to simultaneously prepare for his trial and accommodate L-3's desire to conduct a 30(b)(6) deposition of AS&E. Thus, we have asked, as a professional courtesy, that L-3 agree to reschedule the deposition.

You have proposed to reschedule the deposition to Dec. 20, 2004, the Monday following the Friday on which Erik's trial concludes. As I stated previously, most recently in a voicemail last evening, I believe that proposed date is unreasonable given Erik's schedule. I have also said that we will provide you with alternate dates and I expect to be in a position shortly to propose those to you. Since you are evidently willing to wait at least until Dec. 20, 2004 to take the deposition, I see no reason why you should not be willing to wait the few days it may require me to coordinate this matter. And we thank you for that accommodation. Your threat to seek sanctions is noted, with disappointment.

Regards,


John Ward
Attorney

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

1/25/2005

-----Original Message-----
**From:** Foster, James [mailto:James.Foster@WolfGreenfield.com]
**Sent:** Wednesday, December 01, 2004 5:21 PM
**To:** Erik Belt; John F. Ward
**Cc:** Abrahamsen, Robert; Pritzker, Randy; Albert, Michael
**Subject:** Friday's deposition

We have not heard from you since our telephone call yesterday. So there is no misunderstanding, unless there is an ironclad agreement on a specific alternative date, the deposition Friday, which was rescheduled from October 6, will proceed as scheduled. If no witness appears, we will move for sanctions, including dismissal of all AS&E claims.
JJF

1/25/2005