UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                          )
L-3 COMMUNICATIONS SECURITY      )
AND DETECTION SYSTEMS                 )
CORPORATION DELAWARE               )
                                                          )       Civil Action No. 04-10339-RWZ
                    Plaintiff,                        )
                                                          )
        v.                                               )
                                                          )
AMERICAN SCIENCE &                       )
ENGINEERING, INC.                            )
                                                          )
                    Defendant                      )
_____)

## AS&E's ASSENTED-TO MOTION
## FOR LEAVE TO REPLY

American Science & Engineering, Inc. ("AS&E") respectfully moves for leave to file a reply in further support of its pending motion for summary judgment [Court Docket # 31]. AS&E believes that this reply will assist the Court in its resolution of the pending motion. The plaintiff, L-3 Communications Security and Detection Systems ("L-3"), has assented to AS&E's request for leave. AS&E's reply brief accompanies this motion.

### CERTIFICATION UNDER LOCAL RULE 7.1

The undersigned certifies that, on January 25, 2005, counsel for AS&E, Erik Belt, conferred by telephone with counsel for L-3, Robert Abrahamsen, seeking L-3's assent to leave to reply. L-3 assents to AS&E's request for leave. In return, AS&E assents to a sur-reply, should L-3 choose to file one.

ACCORDINGLY, AS&E respectfully seeks this Court's leave to file the accompanying reply brief.

| | |
|---|---|
| Dated: January 27, 2005 | AMERICAN SCIENCE AND ENGINEERING, INC. |
| | *By its attorneys*, |
| | /s/ Erik P. Belt<br>Erik Paul Belt, BBO # 558620<br>John F. Ward, BBO # 646689<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Tel: (617) 443-9292<br>Facsimile: (617) 443-0004<br>ebelt@bromsun.com |

01945/00511   360244.1