IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

## JOINT SETTLEMENT REPORT

Further to the Court's Electronic Order of July 28, 2004 requiring the parties to submit a Settlement Report by January 28, 2005, plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware, and defendant, American Science & Engineering, Inc., state that they have not yet engaged in any settlement discussions, and have not reached a settlement.

Dated:  January 28, 2005

| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE, | AMERICAN SCIENCE AND ENGINEERING, INC. |
|---|---|
| *by its attorneys:* | *by its attorneys:* |
| /s/ James J. Foster<br>James J. Foster, BBO #553285<br>Michael A. Albert, BBO #558566<br>Robert M. Abrahamsen, BBO #636635<br>John L. Strand, BBO #654985<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617.646.8000<br>Fax: 617.646.8646<br>jfoster@wolfgreenfield.com | /s/ Erik P. Belt<br>Erik Paul Belt, BBO # 55862<br>John F. Ward, BBO # 646689<br>BROMBERG & SUNSTEIN, LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Tel:  (617) 443-9292<br>Facsimile:  (617) 443-0004<br>ebelt@bromsun.com |