IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**ASSENTED TO MOTION FOR LEAVE TO FILE DOCUMENT UNDER
SEAL (IMPOUNDMENT UNDER L.R. 7.2(a))**

Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), moves for leave to file under seal the Surreply Declaration of Robert M. Abrahamsen in Support of L-3's Opposition to AS&E's Motion for Partial Summary Judgment, which includes as attachments documents AS&E has marked as HIGHLY-CONFIDENTIAL in accordance with a stipulation between the parties concerning the designation and use of materials in this litigation. Because of its confidential nature, this document is being delivered to the Court by hand in a sealed envelope concurrently with the electronic filing of this motion.

In accordance with Local Rule 7.2(a), L-3 states that the material should be impounded until further order of the Court, and suggests that the material be destroyed following the termination of this lawsuit, including any appeals.

In the event the Court does not permit these materials to be impounded, L-3 moves for a determination that they may be filed without impoundment.

- 2 -

                                      L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS
CORPORATION DELAWARE,

By its attorneys,


Date: March 1, 2005                       /s/ James J. Foster
                                                  James J. Foster, BBO #553285
                                                  Michael A. Albert, BBO #558566
                                                  Robert M. Abrahamsen, BBO #636
                                                  John L. Strand, BBO #654985
                                                  WOLF, GREENFIELD & SACKS, P.C.
                                                  600 Atlantic Avenue
                                                  Boston, Massachusetts 02210
                                                  Tel.: 617-646-8000
                                                  Fax: 617-646-8646
                                                  JFoster@wolfgreenfield.com

## **LOCAL RULE 7.1 CERTIFICATION**

    The undersigned certifies that counsel for L-3 conferred with AS&E's counsel concerning this motion and that AS&E's counsel assented to its filing.


                                                /s/ Robert M. Abrahamsen