IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**ASSENTED TO MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF L-3'S MOTION FOR
PARTIAL SUMMARY JUDGMENT THAT CERTAIN CLAIMS OF U.S.
PATENT NO. 5,903,623 ARE INVALID UNDER 35 U.S.C. §102(b)**

L-3 requests leave to file the accompanying Reply Memorandum in Support of L-3's Motion for Partial Summary Judgment that Certain Claims of U.S. Patent No. 5,903,623 Are Invalid Under 35 U.S.C. §102(b), to address certain issues raised in AS&E's Opposition (D.I. 66).  AS&E has indicated it would not oppose this motion.

867663.1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE |
| Dated: April 4, 2005 | /s/ James J. Foster<br>James J, Foster, BBO #553285<br>Michael A. Albert, BBO #558566<br>Robert M. Abrahamsen, BBO #636635<br>John L. Strand, BBO #654985<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617.646.8000<br>Fax: 617.646.8646<br>jfoster@wolfgreenfield.com |

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and AS&E has indicated it would not oppose this motion.


/s/ Robert M. Abrahamsen

2

867663.1