IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>          Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**ASSENTED TO MOTION FOR LEAVE TO FILE DOCUMENT UNDER
SEAL (IMPOUNDMENT UNDER L.R. 7.2(a))**

Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), moves for leave to file under seal the Reply Declaration of Robert M. Abrahamsen in Support of L-3's Motion for Partial Summary Judgment that Certain Claims of U.S. Patent No. 5,903,623 Are Invalid Under 35 U.S.C. §102(b), which includes as attachments documents AS&E has indicated should be treated as HIGHLY-CONFIDENTIAL in accordance with a stipulation between the parties concerning the designation and use of materials in this litigation.  Because of its confidential nature, this document is being delivered to the Court by hand in a sealed envelope concurrently with the electronic filing of this motion.

In accordance with Local Rule 7.2(a), L-3 states that the material should be impounded until further order of the Court, and suggests that the material be destroyed following the termination of this lawsuit, including any appeals.

- 2 -

In the event the Court does not permit these materials to be impounded, L-3 moves for a determination that they may be filed without impoundment.

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS
CORPORATION DELAWARE,

By its attorneys,

Date: April 4, 2005

/s/ James J. Foster
James J. Foster, BBO #553285
Michael A. Albert, BBO #558566
Robert M. Abrahamsen, BBO #636
John L. Strand, BBO #654985
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617-646-8000
Fax: 617-646-8646
jfoster@wolfgreenfield.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and AS&E has indicated it would not oppose this motion.

/s/ Robert M. Abrahamsen

884375.1