United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



EXHIBIT D

# PATENT APPLICATION INFORMATION RETRIEVAL





PAIR
FAQ
Help
Feedback

**Other Links**

E-Business Center Patents
Employee Locator
Class/Subclass GAU Information
Information Contacts

🖨 Printer Friendly Version                     Search results as of: 3-31-2005::9:38

### Search results for application number: 10/229,993

| | | | |
|---|---|---|---|
| Application Number: | 10/229,993 | Customer Number: | 2101 |
| Filing or 371(c) Date: | 08-28-2002 | Status: | Publications -- Issue Payment Verified |
| Application Type: | Re-issue | Status Date: | 03-30-2005 |
| Examiner Name: | CHURCH, CRAIG E | Location: | ELECTRONIC |
| Group Art Unit: | 2882 | Location Date: | - |
| Confirmation Number: | 5317 | Earliest Publication No: | - |
| Attorney Docket Number: | 1945/A27 | Earliest Publication Date: | - |
| Class/ Sub-Class: | 378/057 | Patent Number: | - |
| First Named Inventor: | Roderick Swift, Belmont, MA (US) | Issue Date of Patent: | - |
| Title Of Invention: | MOBILE X-RAY INSPECTION SYSTEM FOR LARGE OBJECTS | | |

Select Search Option

Assignments
Continuity Data
Display References
Image File Wrapper
Publication Review

[Search]

| File History ||
|---|---|
| Date | Contents Description |
| 03-29-2005 | Workflow - Request for RCE - Begin |
| 03-30-2005 | Withdrawal Patent Case from Issue |
| 03-30-2005 | Issue Notification Mailed |
| 03-28-2005 | Issue Fee Payment Received |
| 10-06-2004 | Reverse Issue Fee |
| 03-29-2005 | Petition Entered |
| 03-10-2005 | Receipt into Pubs |
| 03-09-2005 | Dispatch to FDC |
| 03-09-2005 | Application Is Considered Ready for Issue |
| 10-06-2004 | Issue Fee Payment Verified |
| 03-08-2005 | Receipt into Pubs |
| 10-06-2004 | Issue Fee Payment Received |
| 10-04-2004 | Correspondence Address Change |
| 09-25-2004 | Workflow - File Sent to Contractor |
| 09-14-2004 | Mail Notice of Allowance |

| | |
|---|---|
| 04-05-2004 | Issue Revision Completed |
| 04-05-2004 | Notice of Allowance Data Verification Completed |
| 04-05-2004 | Notice of Allowability |
| 10-27-2003 | Date Forwarded to Examiner |
| 10-02-2003 | Response after Non-Final Action |
| 09-22-2003 | Mail Notice of Informal or Non-Responsive Amendment |
| 09-20-2003 | Date Forwarded to Examiner |
| 08-08-2003 | Informal or Non-Responsive Amendment after Examiner Action |
| 08-08-2003 | Response after Non-Final Action |
| 08-08-2003 | Request for Extension of Time - Granted |
| 12-30-2002 | Preliminary Amendment |
| 08-28-2002 | Preliminary Amendment |
| 04-28-2003 | Mail Non-Final Rejection |
| 04-28-2003 | Non-Final Rejection |
| 03-24-2003 | Case Docketed to Examiner in GAU |
| 10-10-2002 | Application Dispatched from OIPE |
| 11-12-2002 | Notice of Reissue Published in Official Gazette |
| 10-11-2002 | Application Is Now Complete |
| 09-06-2002 | IFW Scan & PACR Auto Security Review |
| 08-28-2002 | Initial Exam Team nn |

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT