UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                              )
L-3 COMMUNICATIONS SECURITY        )
AND DETECTION SYSTEMS              )
CORPORATION DELAWARE               )
                                                              )   Civil Action No. 04-10339-RWZ
            Plaintiff,                                   )
                                                              )
        v.                                                 )
                                                              )
AMERICAN SCIENCE &                       )
ENGINEERING, INC.                          )
                                                              )
            Defendant                                )
_____)

**AS&E'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS MOTION TO STAY LITIGATION PENDING CONCLUSION OF REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE**

American Science & Engineering, Inc. ("AS&E"), respectfully moves for leave to reply to L-3 Security's opposition to AS&E's motion to stay these proceedings until the conclusion of the examination of the '929 reissue application currently underway in the PTO. The reply will be helpful to the Court and is necessary to address several discreet points raised in L-3 Security's opposition brief concerning (1) the interrelatedness of these proceedings and the PTO's reissue proceedings and (2) L-3 Security's ability to participate in the reissue proceedings. The proposed reply, with an attached exhibit, accompanies this motion. AS&E requests that it be filed and docketed upon the Court's endorsement of this motion.

### LOCAL RULE 7.1 CERTIFICATE

The undersigned certifies that, between April 24 and 25, 2005, counsel for the parties, conferred in good faith concerning this motion. Counsel for L-3 Security stated that L-3 Security will not object to the filing of this motion.

| | |
|---|---|
| Dated: April 27, 2005 | AMERICAN SCIENCE AND ENGINEERING, INC. |
| | *By its attorneys*, |
| | /s/ John F. Ward<br>Erik Paul Belt, BBO # 558620<br>John F. Ward, BBO # 646689<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Tel: (617) 443-9292<br>Facsimile: (617) 443-0004<br>jward@bromsun.com |

01945/00511   381926.1