



**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Robert M. Abrahamsen
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

April 6, 2005

BY HAND DELIVERY

Samuel J. Petuchowski, Esq.
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110-1618

Re:   Reissue Application Ser. No. 10/229,993
      Your File No. 1945/A27
      Titled: MOBILE X-RAY INSPECTION SYSTEM FOR LARGE OBJECTS

Dear Dr. Petuchowski:

We have reviewed the information disclosure statement (IDS) you filed with the United States Patent and Trademark Office on March 29, 2005 in connection with prosecution of Application Serial No. 10/229,993. The section entitled "STATEMENT AS TO INFORMATION NOT FOUND IN PATENTS OR PUBLICATIONS" (beginning on page 5 of 11) contained several inaccurate or potentially misleading statements. The purpose of this letter is to bring those statements to your attention, and to urge you to make a further, remedial disclosure to the Patent Office.

To facilitate that process for you, we have prepared the attached "Supplemental Statement as to Information not Found in Patents or Publications," which we request that you file in substantially the form presented so as to ensure that the examiner will not be misled by the noted inaccuracies. If you disagree in any way with the contents, you should file it anyway as a disclosure, informing the examiner that the document was prepared by attorneys for a party in litigation against your client on a related patent. If you wish, you may attach a copy of this letter.

As an individual owing a duty of good faith and candor to the PTO, we trust that you will file this paper promptly. If you fail to do so, however, this letter, and its contents, will be cited against your client as evidence of inequitable conduct.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Robert M. Abrahamsen

RMA/psv
Enclosures
cc:   Eric P. Belt, Esq. (w/o encls.)