**James J. Foster**
jfoster@wolfgreenfield.com
direct dial 617.646.8225

May 4, 2005

Judge Rya W. Zobel
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

> Re:    L-3 Communications Security and Detection Systems, Inc. v. American
>          Science & Engineering, Inc., C.A. No. 04-10339-RWZ (D. Mass.)

Dear Judge Zobel:

I am writing to follow up on a message I left for your scheduling clerk shortly after the conclusion of the status conference in this case on May 4.

I discovered upon my return to my office that I am scheduled to attend a pretrial conference in the United States District Court for the Eastern District of Louisiana on June 2 at 8:30 AM.  That commitment conflicts with the hearing date that this Court set for the two summary judgment motions in this case.  I am writing, therefore, to ask this Court to reschedule that hearing.

During the month of June, I am scheduled to go to trial in New Orleans the week of June 20, but I expect that trial to conclude that week.  I am also scheduled to argue a motion at noon in the S.D.N.Y. on June 8.  Other than those conflicts, I can appear to argue the summary judgment motions in this case on any day during June.

I called Eric Belt, counsel for AS&E.  He reported that he is available on any day during June except for June 16 and 17.

Please accept my apologies for not having my calendar with me in court.

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

/s/ James J. Foster
James J. Foster

JJF/psv
cc:    Erik P. Belt, Esq.

893877.1