IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

**ASSENTED TO MOTION FOR LEAVE TO FILE DOCUMENTS UNDER
SEAL (IMPOUNDMENT UNDER L.R. 7.2(a))**

Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), moves for leave to file under seal: (1) the May 13, 2005 Declaration of Robert M. Abrahamsen in Opposition to AS&E's Motion for Partial Summary Judgment, which includes as attachments documents AS&E has indicated should be treated as HIGHLY-CONFIDENTIAL in accordance with a stipulation between the parties concerning the designation and use of materials in this litigation, and (2) the Supplemental Submission of L-3 in Opposition to AS&E's Motion for Partial Summary Judgment, which contains excerpts from the materials attached to the May 13, 2005 Declaration of Robert M. Abrahamsen which AS&E has indicated should be treated as HIGHLY-CONFIDENTIAL. Because of their confidential nature, these document are being delivered to the Court by hand in a sealed envelope concurrently with the electronic filing of this motion.

In accordance with Local Rule 7.2(a), L-3 states that the materials should be impounded until further order of the Court, and suggests that the materials be destroyed following the termination of this lawsuit, including any appeals.

In the event the Court does not permit these materials to be impounded, L-3 moves for a determination that they may be filed without impoundment.

|  |  |
|---|---|
|  | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE, |
|  | By its attorneys, |
| Date: May 13, 2005 | /s/ James J. Foster<br>James J. Foster, BBO #553285<br>Michael A. Albert, BBO #558566<br>Robert M. Abrahamsen, BBO #636<br>John L. Strand, BBO #654985<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617-646-8000<br>Fax: 617-646-8646<br>jfoster@wolfgreenfield.com |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and AS&E has indicated it would assent to this motion.

/s/ Robert M. Abrahamsen