UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>Defendant | Civil Action No. 04-10339- RWZ |

## MOTION FOR LEAVE TO FILE UNDER SEAL
## AS&E'S RESPONSE TO SUPPLEMENTAL SUBMISSION OF L-3

Pursuant to Local Rule 7.2, defendant American Science & Engineering, Inc. ("AS&E") moves for an order granting leave to file under seal AS&E's Response to Supplemental Submission of L-3 ("AS&E's Response").

As grounds for this motion, AS&E states that certain documents contained in AS&E's Response have been designated CONFIDENTIAL in accordance with a stipulation between the parties concerning the designation and use of materials in this litigation. Impound should continue until further order of the court.

### CONCLUSION

For the foregoing reasons, AS&E respectfully requests that this Court grant it leave to file AS&E's Response under seal.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred in a good faith effort to resolve or narrow the issues raised in this motion pursuant to Local Rule 7.1(a)(2), and that counsel for L-3 has stated that he will not oppose this motion.

/s/ John F. Ward
Erik Paul Belt, BBO# 558620
John F. Ward, BBO # 646689
BROMBERG SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts  02110
617.443.9292
617.443.0004 (fax)
ebelt@bromsun.com
jward@bromsun.com

01945/00511   387866.1