UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE, <br><br>       Plaintiff, <br><br> v. <br><br> AMERICAN SCIENCE & ENGINEERING, INC. <br><br>       Defendant | Civil Action No. 04-10339-RWZ |

## AS&E'S MOTION FOR LEAVE TO FILE POST-HEARING SUPPLEMENTAL SUBMISSION

American Science & Engineering, Inc. ("AS&E"), respectfully moves for leave to file supplemental material that includes several pages of L-3's deposition of Roy Lindquist dated June 17, 2005, two days after the hearing on the pending motions for summary judgment. Mr. Lindquist is a former employee of the United States Customs Service. He was responsible for monitoring AS&E's work on Mobile CargoSearch project during the mid-1990's. The supplemental submission will be helpful to the Court because Mr. Lindquist provides independent corroboration of AS&E's position on the pending motions for summary judgment. The proposed supplemental submission, with attached exhibit, accompanies this motion. **Exh 1.** AS&E requests that it be filed and docketed upon the Court's endorsement of this motion.

### LOCAL RULE 7.1 CERTIFICATE

The undersigned certifies that on June 23 and 24, 2005, he left phone messages for members of L-3's trial team requesting to confer on this matter. The messages were not returned.

Dated: June 24, 2005                                 AMERICAN SCIENCE AND
                                                     ENGINEERING, INC.

                                                     *By its attorneys*,


                                                     /s/      John F. Ward
                                                     Erik Paul Belt, BBO # 558620
                                                     John F. Ward, BBO # 646689
                                                     BROMBERG & SUNSTEIN LLP
                                                     125 Summer Street
                                                     Boston, Massachusetts 02110
                                                     Tel:  (617) 443-9292
                                                     Facsimile:  (617) 443-0004
                                                     jward@bromsun.com

01945/00511   396324.1