A

Roy Lindquist                                                    06/17/2005

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF MASSACHUSETTS

 3     ------------------------------------X

 4     L-3 COMMUNICATIONS SECURITY AND      :

 5     DETECTION SYSTEMS CORPORATION        :

 6     DELAWARE,                            :

 7                    Plaintiff,            :   Civil Action No.:

 8          v.                              :   04-10339-RWZ

 9     AMERICAN SCIENCE & ENGINEERING,      :

10     INC.,                                :

11                    Defendant.            :

12     ------------------------------------X

13

14             Deposition of ROY LINDQUIST

15                  Washington, D.C.

16               Friday, June 17, 2005

17                     1:18 p.m.

18

19                                          BROMBERG & SUNSTEIN LLP
                                                  RECEIVED
20
                                              JUN 2 3 2005
21

22     Job No.:  22-58405

23     Pages 1 - 97

24     Reported by:  STEPHANY L. JEROME, RPR
```

LegaLink Boston
(617) 542-0039

1    A    They were presented in an all-day slide
2  show.
3    Q    Did anyone at AS&E express at this meeting
4  any reservations as to whether the system
5  specifications were viable in terms of whether a
6  system could actually be produced?
7    A    From the sheet it appears it can be
8  produced.
9    Q    You have no memory of anyone at AS&E
10 expressing any reservations as to the viability of the
11 design they presented at this meeting?
12   A    It was a best effort contract.
13   Q    What does that mean?
14   A    It means they were going to perform work and
15 the results were not guaranteed.
16   Q    But did anyone in AS&E express any doubt as
17 to whether they would be able to achieve the results
18 under the contract?
19   A    I can't remember the details of the meeting.
20 I'm just reflecting what I saw today on this exhibit
21 page 10.
22   Q    Now, if you look at the same page, it says
23 truck procurement and has Chevy Kodiac truck ordered
24 from General Motors on 14 December 1994.  Do you

92

1        MR. WARD: I do. Just a few. Hello,
2   Mr. Lindquist.
3        EXAMINATION BY COUNSEL FOR THE DEFENDANT
4   BY MR. WARD:
5        Q    Mr. Lindquist, as you know, I'm John Ward
6   and I represent AS&E today. This goes back to your
7   use of the term this morning best efforts contract --
8   or earlier this afternoon, best efforts contract. Do
9   you remember using that term?
10       A    Yes.
11       Q    Do you remember testifying that a best
12  efforts contract is -- and do you agree that Exhibit 2
13  is a best efforts contract?
14       A    I'm not sure if it is in the way it was
15  written, but the way it was exercised I'm certain it
16  was.
17       Q    So you testified, I believe, earlier today
18  that under a best efforts contract AS&E would perform
19  the work, but the results were not guaranteed. Do you
20  recall testifying to that?
21       A    That is correct.
22       Q    So then just so I understand this,
23  Mr. Lindquist, how this goes, if AS&E failed to
24  deliver an operating fully functional truck -- Mobile

1  CargoSearch, if they failed to do that, would they be
2  in breach of their best efforts contract?
3      A    No.
4      MR. WARD:  Those are all the questions I
5  have.
6      MR. ABRAHAMSEN:  I have nothing further.
7      MR. YANCEY:  Do you have any standard
8  procedures you're following with regard to review and
9  signature of the transcript or are we just going to go
10 with the Federal rules?
11     MR. ABRAHAMSEN:  Federal rules is fine with
12 me.
13     MR. WARD:  Same.
14     MR. YANCEY:  Thank you very much.
15     (Signature having not been waived, the
16 deposition of Roy Lindquist was concluded at 5:10
17 p.m.)
18
19
20
21
22
23
24