IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY BROMBERG & SUNSTEIN LLC

Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3"), moves to compel the production of certain documents by non-party law firm Bromberg & Sunstein LLC ("B&S"). In particular, L-3 seeks the production of the documents requested in item numbers 8-14 of a subpoena served on B&S (Ex. E to L-3's Memorandum), as well as document numbers 10, 29, 52, 53, 58, 59, 66, 72, 76-78, 80, 92, 138 and 139, identified in privilege logs produced by B&S (Exs. D & I to L-3's Memorandum), because B&S has made an insufficient showing that such documents are immune from discovery. In the alternative, L-3 requests that the Court perform an *in camera* inspection of such documents to determine whether B&S's assertion of privilege or work product immunity was proper.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE

Dated:  August 3, 2005    /s/ James J. Foster
    James J, Foster, BBO #553285
    Michael A. Albert, BBO #558566
    Robert M. Abrahamsen, BBO #636635
    John L. Strand, BBO #654985
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, Massachusetts 02210
    Tel.: 617.646.8000
    Fax: 617.646.8646
    **jfoster@wolfgreenfield.com**

## LOCAL RULES 7.1 AND 37.1 CERTIFICATE

    I have conferred and have attempted in good faith to resolve the issue set forth above and further discussed in the accompanying memorandum of law. The provisions of Local Rule 37.1 have been complied with.

    /s/ Robert M. Abrahamsen