EXHIBIT A

DAO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE

        Plaintiff,

v.

AMERICAN SCIENCE & ENGINEERING,
INC.

        Defendant.

**SUBPOENA IN A CIVIL CASE**

U.S. Dist. Ct. D. Mass.
Case No: 04-10339-RWZ

TO:    Bromberg & Sunstein LLP by Bruce D. Sunstein, Esq., Bromberg and Sunstein LLP, 125 Summer Street, Boston, MA 02110

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | |
|---|---|
| Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210 | DATE AND TIME<br>March 1, 2005, 10:00 am |

☒ **YOU ARE COMMANDED** to bring the following documents or objects to the deposition at the place, the date, and time specified below (list documents or objects): **See the documents described in the attached Schedule A.**

| PLACE | |
|---|---|
| Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210 | DATE AND TIME<br>March 1, 2005, 10:00 am |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | |
|---|---|
| | DATE AND TIME |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for L-3 Communications Security and<br>Detection Systems Corporation Delaware | February 11, 2005 |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Robert M. Abrahamsen
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
617-646-8000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

77391

I hereby certify and return that today, February 15, 2005, I summoned the within named witness Bromberg and Sunstein LLP by Bruce D. Sunstein, to appear and give testimony (*or produce*) as within directed, by delivering in hand to Pamela Signorelli, Agent in Charge, a true and attested copy of the within United States District Court Subpoena, together with the sum of $43.00, (Forty-Three Dollars and Zero Cents), being the fee for one day's attendance and travel. Said service was effected at: Bromberg and Sunstein LLP, by Bruce D. Sunstein, Esq., 125 Summer Street, Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 15, 2005.

**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.

Service:$45.00   Witness Fee:$43.00   Total:$88.00

**Butler and Witten**
Boston, MA
(617) 325-6455 ,

## Schedule A

1. All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 60/011,495.

2. All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 08/799,533, now U.S. Patent No. 5,764,683.

3. All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 90/005,268, now Reexamination certificate 4211.

4. All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 09/072,212, now U.S. Patent No. 5,903,623.

5 All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 09/305,417, now U.S. Patent No.  6,252,929.

6. All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 10/229,993.

7. All files, including supplemental files, concerning the prosecution U.S. Patent Application Ser. No. 09/855,961, now U.S. Patent No. 6,292,533.

8. All files, including supplemental files, concerning any foreign counterparts of the above patent applications.

EXHIBIT B

□AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE
            Plaintiff,

v.

AMERICAN SCIENCE & ENGINEERING,
INC.
            Defendant.

**SUBPOENA IN A CIVIL CASE**

U.S. Dist. Ct. D. Mass.
Case No: 04-10339-RWZ

TO:     **Samuel J. Petuchowski, Esq., Bromberg and Sunstein LLP, 125 Summer Street, Boston, MA 02110**

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | |
|---|---|
| Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210 | DATE AND TIME<br><br>March 2, 2005, 10:00 am |

☒ YOU ARE COMMANDED to bring the following documents or objects to the deposition at the place, the date, and time specified below (list documents or objects): **See the materials described in the attached Schedule A.**

| PLACE<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210 | DATE AND TIME<br><br>March 2, 2005, 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>                  Attorney for L-3 Communications Security and<br>               Detection Systems Corporation Delaware | DATE<br><br>February 11, 2005 |
|---|---|
| ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER<br>Robert M. Abrahamsen<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>617-646-8000 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

UNITED STATES DISTRICT COURT

I hereby certify and return that today, February 14, 2005, I summoned the within named witness Samuel J. Petuchowski Esq. to appear and give testimony (*or produce*) as within directed, by delivering in hand to Samuel J. Petuchowski Esq., a true and attested copy of the within United States District Court Subpoena, together with the sum of $43.00, (Forty-Three Dollars and Z Cents), being the fee for one day's attendance and travel. Said service was effected at: Bromberg and Sunstein LLP, 125 Sun. Street, Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 14, 2005.


**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.

Service:$45.00   Witness Fee:$43.00  Total:$88.00


**Butler and Witten**
Boston, MA
(617) 325-6455 ,

## Schedule A

1.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 60/011,495.

2.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 08/799,533, now U.S. Patent No. 5,764,683.

3.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 90/005,268, now Reexamination certificate 4211.

4.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 09/072,212, now U.S. Patent No. 5,903,623.

5.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 09/305,417, now U.S. Patent No. 6,252,929.

6.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 10/229,993.

7.   All files, including supplemental files, concerning the preparation or prosecution of U.S. Patent Application Ser. No. 09/855,961, now U.S. Patent No. 6,292,533.

8.   All files, including supplemental files, concerning the preparation or prosecution of any foreign counterparts of the above patent applications.

867361.1

EXHIBIT C



## Wolf Greenfield
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Robert M. Abrahamsen**
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

VIA FACSIMILE                                         March 2, 2005

Erik Paul Belt, Esq.
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110-1618

> Re:   L-3 Communications v. American Science & Engineering, Inc. v
>       Civil Action No. 04-10339-RWZ (D. Mass.)
>       Your File No. 1945/511
>       Our File No. L0632.60003US00

Dear Erik:

        We are in receipt of your "objections" to the deposition subpoenas we recently served on
Bromberg & Sunstein and Samuel Petuchowski. That document raised several issues which we
would like to resolve in advance of the depositions.

        First, we would like to clarify what appears to be a misunderstanding on your part
concerning the nature of the request made in connection with Schedule A of the subpoenas. The
subpoenas specifically require all of the specified materials, whether or not immune from
discovery, to be <u>brought to the deposition</u>. The reason for this is that we want the materials to be
available for the deponents to reference during the depositions to refresh their recollections as to
the contents of the files or to events that took place during the prosecution of the applications. It
is not our intent to inspect or copy privileged materials that are brought to the deposition, but
only to have them available for use by the witnesses. We thus expect the files that are brought to
the deposition to be complete, i.e., with no documents removed on the basis of privilege, work
product, or any other reason.

        Second, in paragraphs 4 and 5 of your "general objections," you stated that AS&E will
make a production of non-privileged documents from these files, and will provide a privilege log
for any documents that are withheld. Because all of these materials were specifically called out
in earlier document requests served on AS&E in this case, we expect you to produce those
materials (along with a privilege log) on or before March 16, 2005, as promised.

        Third, at the February 17 deposition, a request was made that AS&E produce a privilege
log for any invention disclosures that were prepared for the Cargo Search or Mobile CargoSearch
systems. The witness's testimony indicated that invention disclosures may have been prepared,
at least initially, for AS&E personnel for the purpose of making a "business" decision
concerning whether to file patent applications for the subject inventions. As such materials were

---



Erik Paul Belt, Esq.
March 2, 2005
Page 2

clearly called for in L-3's earlier requests, we ask that any such documents also be produced by March 16, and, for any such documents that are withheld on grounds of privilege, that we be provided with a privilege log that contains sufficient information to enable us, and the Court, to determine whether the assertion of privilege is proper. Please confirm that AS&E is willing to comply with this request.

Fourth, in your "specific objections" to Schedule A item nos. 2, 3, 5, 6, and 8, you refused to produce the requested materials on grounds of relevance. Those files are clearly discoverable, however, as they relate to applications in the same priority chain as the patents in this lawsuit. They may, for example, contain materials bearing on the knowledge or state of mind of the attorneys who maintained them. Because information from the earlier files may not have found its way into the later files, or vice versa, we are entitled to discovery concerning the contents of all files in the priority chain. Moreover, as I am sure you are aware, it is not uncommon for patents to be held unenforceable as a result of inequitable conduct committed in connection with different patents in the same family as those involved in a lawsuit. Thus, the materials in the requested files may bear <u>directly</u> on the issue of whether the patents-in-suit are themselves enforceable.

In view of this, we request that you withdraw your objections and agree to produce all such files. If you refuse to do so, we will file a motion to compel their production. Accordingly, if you are unwilling to produce these materials, please contact me immediately for a Local Rule 37.1 conference on this issue.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Robert M. Abrahamsen

RMA/psv

# EXHIBIT D

PRIVILEGE LOG IN RESPONSE TO SUBPOENAS TO BROMBERG & SUNSTEIN LLP AND SAMUEL J. PETUCHOWSKI

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|-----|------|---------------|--------|-----------|-----------------|-------------|--------------------|----------------------|
| 1. | 9/24/1996 | Letter | S. Petuchowski | M. Hynes | | Status of Patent Matters | '495 | A.C. |
| 2. | 12/18/1996 | Letter | S. Petuchowski | M. Hynes | | Status of Patent Matters | '495 | A.C. |
| 3. | 06/06/1996 | Letter | T. Murphy | M. Hynes | R. Schueller | Status of Patent Matters | '495 | A.C. |
| 4. | 03/25/1996 | Letter | T. Murphy | M. Hynes | R. Schueller | Status of Patent Matters | '495 | A.C. |
| 5. | 02/22/1996 | Fax | J. Gebhardt | C. Hardacre | | Status of Patent Matters | '495 | A.C. |
| 6. | 2/13/1996 | Letter | B. Sunstein | M. Hynes | R. Schueller | Status of Patent Matters | '495 | A.C |
| 7. | 02/09/1996 | Fax | B. Sunstein | R. Schular | | Status of Patent Matters | '495 | A.C. |
| 8. | 02/08/1996 | Fax | R. Schueller | B. Sunstein | M. Hynes | Status of Patent Matters | '495 | A.C. |
| 9. | 02/09/1996 | Teleconference Memo | B. Sunstein | R. Schueller | | Status of Patent Matters | '495 | A.C. |
| 10. | Undated | Note | S. Petuchowski | | | Status of Patent Matters | '495 | A.C. |
| 11. | 09/27/2002 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Status of Patent Matters | '623 | A.C. |
| 12. | 08/15/2002 | Letter | S. Petuchowski | E. Lewis | | Status of Patent Matters | '623 | A.C. |
| 13. | 07/15/2002 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Status of Patent Matters | '623 | A.C. |
| 14. | 12/07/2000 | Fax | S. Petuchowski | E. Lewis | | Patent | '623 | A.C./W.P. |
| 15. | 05/25/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 16. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 17. | 05/05/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut | Status of Patent Matters | '623 | A.C./W.P. |

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|-----|------|---------------|--------|-----------|-----------------|-------------|--------------------|----------------------|
| 18. | 12/17/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 19. | 11/30/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 20. | 10/20/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 21. | 09/23/1998 | Letter | S. Petuchowski | J. Bernfeld | J. Callerame | Status of Patent Matters | '623 | A.C |
| 22. | 08/28/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 23. | 08/26/1998 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Status of Patent Matters | '623 | A.C. |
| 24. | 08/26/1998 | Teleconference Memo | S. Petuchowski | L. Grodzins | | Status of Patent Matters | '623 | A.C. |
| 25. | 08/19/1998 | Letter | S. Petuchowski | L. Grodzins | | Status of Patent Matters | '623 | A.C. |
| 26. | 08/19/1998 | Letter | S. Petuchowski | J. Bernfeld J. Callerame | W. Adams L. Grodzins | Status of Patent Matters | '623 | A.C. |
| 27. | 05/28/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Status of Patent Matters | '623 | A.C. |
| 28. | 05/05/1998 | Letter | S. Petuchowski | J. Bernfeld | R. Swift | Status of Patent Matters | '623 | A.C. |
| 29. | 05/01/1998 | Memo to File | S. Petuchowski | | | Meeting with Adams and Swift | '623 | A.C. |
| 30. | 05/01/1998 | Fax | S. Petuchowski | W. Adams R. Swift J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 31. | 04/28/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of Patent Matters | '623 | A.C. |
| 32. | 08/19/1998 | Fax | S. Petuchowski | J. Bernfeld C. Callerame | W. Adams L. Grodzins | Status of Patent Matters | '623 | A.C. |
| 33. | 09/24/2001 | Letter | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |
| 34. | 09/14/2001 | Letter | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |

2

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 35. | 09/19/2001 | Letter | S. Petuchowski | E. Lewis | | Status of Patent Matters | '533 | A.C. |
| 36. | 07/18/2001 | Letter | J. Conway | E. Lewis | J. Callerame | Status of Patent Matters | '533 | A.C. |
| 37. | 07/18/2001 | Letter | J. Conway | E. Lewis | J. Callerame | Status of Patent Matters | '533 | A.C. |
| 38. | 07/10/2001 | Fax | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |
| 39. | 07/09/2001 | Fax | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |
| 40. | 07/12/2001 | Letter | S. Petuchowski | E. Lewis | | Status of Patent Matters | '533 | A. C. |
| 41. | 06/07/2001 | Letter | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |
| 42. | 06/07/2001 | Letter | J. Conway | R. Daut | E. Lewis J. Callerame | Status of Patent Matters | '533 | A.C./W.P. |
| 43. | 06/11/2001 | Letter | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |
| 44. | 05/31/2001 | Letter | J. Conway | E. Lewis | J. Callerame | Status of Patent Matters | '533 | A.C. |
| 45. | 05/23/2001 | Letter | J. Conway | R. Daut | E. Lewis J. Callerame | Status of Patent Matters | '533 | A.C./W.P. |
| 46. | 05/10/2001 | Letter | J. Conway | E. Lewis | J. Callerame R. Daut | Status of Patent Matters | '533 | A.C./W.P. |
| 47. | 05/16/2001 | Letter | J. Conway | E. Lewis | J. Callerame R. Daut | Status of Patent Matters | '533 | A.C./W.P. |
| 48. | 05/14/2001 | Fax | J. Conway | E. Lewis | | Status of Patent Matters | '533 | A.C. |

3

SUPPLEMENTAL PRIVILEGE LOG IN RESPONSE TO SUBPOENAS TO BROMBERG & SUNSTEIN LLP AND SAMUEL J. PETUCHOWSKI

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 49. | 07/11/2001 | Letter | S. Petuchowski | E. Lewis | | Patent | '683 | A.C. |
| 50. | 06/21/2001 | Letter | S. Petuchowski | E. Lewis | | Patent | '683 | A.C. |
| 51. | 06/12/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Patent | '683 | A.C. |
| 52. | 06/11/1998 | Fax | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 53. | 06/11/1998 | Fax | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 54. | 06/11/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 55. | 06/10/1998 | Fax | S. Petuchowski | J. Carr | | Patent | '683 | A.C. |
| 56. | 06/09/1998 | Fax | S. Petuchowski | L. Steele | | Patent | '683 | A.C. |
| 57. | 06/03/1998 | Letter | S. Petuchowski | N. Niazi | | Patent | '683 | A.C. |
| 58. | 06/09/1998 | Fax | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 59. | 06/09/1998 | Teleconference Memo | S. Petuchowski | | | Patent | '683 | A.C. |
| 60. | 06/02/1998 | Letter | S. Petuchowski | N. Niazi | | Patent | '683 | A.C. |
| 61. | 05/28/1998 | Letter | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 62. | 06/02/1998 | Fax | J. Carr | B. Sunstein | | Patent | '683 | A.C. |
| 63. | 06/01/1998 | Fax | B. Sunstein | R. Peters | | Patent | '683 | A.C. |
| 64. | 06/01/1998 | Fax | B. Sunstein | J. Bernfeld | | Patent | '683 | A.C. |
| 65. | 06/01/1998 | Fax | J. Carr | B. Sunstein | | Patent | '683 | A.C. |

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 66. | 06/01/1998 | Teleconference Memo | | | | Patent | '683 | A. C. |
| 67. | 06/01/1998 | Teleconference Memo | B. Sunstein | | | Patent | '683 | A.C. |
| 68. | 05/12/1998 | Letter | S. Petuchowski | T. Sobol | | Patent | '683 | A.C./W.P. |
| 69. | 05/12/1998 | Teleconference Memo | S. Petuchowski | | | Patent | '683 | A.C. |
| 70. | Undated | Teleconference Memo | S. Petuchowski | | | Patent | '683 | A.C. |
| 71. | 05/05/1998 | Teleconference Memo | S. Petuchowski | | | Patent | '683 | A.C. |
| 72. | 05/05/1998 | Letter | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 73. | 05/08/1998 | Teleconference Memo | | | | Patent | '683 | A.C. |
| 74. | 05/04/1998 | Teleconference Memo | | | | Patent | '683 | A.C. |
| 75. | 03/04/1998 | Note | | | | Patent | '683 | A.C. |
| 76. | 05/04/1998 | Letter | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 77. | 05/03/1998 | Letter | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 78. | 03/02/1998 | Letter | S. Petuchowski | R. Dowell | J. Bernfeld | Patent | '683 | A.C. |
| 79. | 02/25/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 80. | 02/26/1998 | Telephone Note | S. Petuchowski | | | Patent | '683 | A.C. |
| 81. | 01/16/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 82. | 01/19/1998 | Fax | J. Carr | S. Petuchowski | | Patent | '683 | A.C. |
| 83. | 01/16/1998 | Teleconference Memo | | | | Application status | '683 | A.C. |
| 84. | 01/15/1998 | Fax | J. Carr | S. Petuchowski | | Patent application status | '683 | A.C. |
| 85. | 01/13/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams L. Grodzins | Patent application status and Planning | '683 | A.C. |

2

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 86. | 11/12/1997 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Application update | '683 | A.C. |
| 87. | 11/04/1997 | Telephone Note | S. Petuchowski | J. Reed | | Patent | '683 | A.C. |
| 88. | 08/25/1997 | Letter | S. Petuchowski | W. Adams | | Application status | '683 | A. C. |
| 89. | 01/16/1998 | Fax | A. Daley | J. Carr | | Application status | '683 | A.C. |
| 90. | 08/11/1997 | Letter | S. Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 91. | 07/29/1997 | Letter | V. Lannigan | J. Bernfeld | | Application Status | '683 | A.C. |
| 92. | 07/10/1997 | Memo | S. Petuchowski | To File | | Application Issues | '683 | A.C. |
| 93. | 06/26/1997 | Letter | S Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 94. | 05/23/1997 | Letter | V. Lannigan | M. Hynes | | Application Status | '683 | A.C. |
| 95. | 03/24/1997 | Draft | | | | Draft Assignment | '683 | A.C. |
| 96. | 03/31/1997 | Fax | S. Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 97. | 03/14/1997 | Letter | S. Petuchowski | M. Hynes | | Application status and planning | '683 | A.C. |
| 98. | 02/19/1997 | Letter | V. Lannigan | M. Hynes | | Application Status | '683 | A.C. |
| 99. | 02/12/1997 | Teleconference Memo | S. Petuchowski | M. Hynes | | Application | '683 | A.C. |
| 100. | 02/12/1997 | Fax | S. Petuchowski | R. Swift | | Application | '683 | A.C. |
| 101. | 01/12/1997 | Teleconference Memo | S. Petuchowski | R. Swift | | Patent | '683 | A.C. |
| 102. | 02/10/1997 | Draft | R. Swift | S. Petuchowski | | Draft | '683 | A.C. |
| 103. | 02/11/1997 | Letter | S. Petuchowski | M. Hynes | | Draft patent application | '683 | A.C. |
| 104. | 01/26/2001 | Fax | S. Petuchowski | R. Daut | | Fax transmission | '683 | A.C./W.P. |

3

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|-----|------|---------------|--------|-----------|-----------------|-------------|--------------------|-----------------------|
| 105. | 12/06/2000 | Fax | S. Petuchowski | E. Lewis | | Patent | '683 | A.C./W.P. |
| 106. | 11/28/2000 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Re-exam application | '683 | A.C./W.P. |
| 107. | 09/21/2000 | Email | S. Petuchowski | N. January | | Status of Re-Exam | '683 | W.P. |
| 108. | 07/07/2000 | Letter | S. Petuchowski | E. Lewis | | Status of Re-Exam | '683 | A.C./W.P. |
| 109. | 06/28/2000 | Letter | S. Petuchowski | E. Lewis R. Daut | | Status of Re-Exam | '683 | A.C./W.P. |
| 110. | 03/24/2000 | Letter | S. Petuchowski | E. Lewis | | Status of Re-Exam | '683 | A.C./W.P. |
| 111. | 02/04/2000 | Email | S. Petuchowski | B. Sunstein | | Status of Re-Exam | '683 | W.P. |
| 112. | 12/17/1999 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status of Re-Exam | '683 | A.C./W.P. |
| 113. | 12/16/1999 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status of Re-Exam | '683 | A.C./W.P. |
| 114. | 12/15/1999 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Draft material for review | '683 | A.C./W.P. |
| 115. | 12/17/1999 | Fax | S. Petuchowski | T. Sobol | D. Sullivan T. Sobol | Material for review and comment | '683 | A.C./W.P. |
| 116. | 11/08/1999 | Letter | S. Petuchowski | J. Bernfeld | | Material for review | '683 | A.C./W.P. |
| 117. | 10/21/1999 | Letter | S. Petuchowski | J. Bernfeld | T. Sobol | Comments and notes on material received. | '683 | A.C./W.P. |
| 118. | 07/30/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut | Status of Re-Exam | '683 | A.C./W.P. |
| 119. | 07/29/1999 | Letter | S. Petuchowski | R. Daut J. Bernfeld | | Status of Re-Exam | '683 | A.C./W.P. |
| 120. | 06/24/1999 | Letter | S. Petuchowski | R. Daunt J. Bernfeld | | Status of Re-Exam | '683 | A.C./W.P. |
| 121. | 06/17/1999 | Fax cover | S. Petuchowski | R. Daut | | Draft for review | '683 | A.C./W.P. |

4

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 122. | 06/17/1999 | Fax cover | S. Petuchowski | J. Bernfeld | | Draft for review | '683 | A.C./W.P. |
| 123. | 06/16/1999 | Letter | S. Petuchowski | R. Daut J. Bernfeld | | Draft for review | '683 | A.C./W.P. |
| 124. | 05/24/1999 | Fax | T. Sobol | S. Petuchowksi | | Comments, instruction | '683 | A.C./W.P. |
| 125. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobel | Status of Re-Exam | '683 | A.C./W.P. |
| 126. | 05/21/1999 | Fax/letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobel | Status of Re-Exam | '683 | A.C./W.P. |
| 127. | 05/21/1999 | Fax/letter | S. Petuchowski | T. Sobol R. Daut | | Notes and Comment | '683 | A.C. |
| 128. | 03/09/1999 | Letter | S. Petuchowski | J. Bernfeld | | Draft and strarregy re: Re-exam | '683 | A.C./W.P. |
| 129. | 05/21/1999 | Teleconference Memo | | | | Patent | '683 | A.C. |
| 130. | 09/21/2000 | Note | S. Petuchowski | | | Notes to file | '683 | A.C./W.P. |
| 131. | 06/26/2000 | Note | S. Petuchowski | | | Notes to file | '683 | A.C./W.P. |
| 132. | 05/12/2000 | Telephone Note | S. Petuchowski | | | Status | '683 | A.C./W.P. |
| 133. | 04/18/2000 | Telephone Note | S. Petuchowski | Hein | | Status | '683 | A.C. |
| 134. | 02/25/2000 | Telephone Memo | S. Petuchowski | Church | | Status | '683 | W.P. |
| 135. | 02/04/2000 | Email | S. Petuchowski | B. Sunstein | | Status | '683 | W.P. |
| 136. | 12/16/1999 | Note | S. Petuchowski | | | Status | '683 | W.P. |
| 137. | Undated | Notes to file | | | | Patent | '683 | W.P. |
| 138. | 11/08/1999 | Notes to file | | | | Status | '683 | A.C./W.P. |
| 139. | 11/15/1999 | Notes to file | | | | Status | '683 | A.C./W.P. |
| 140. | 01/21/2000 | Letter | S. Petuchowski | J. Bernfeld | D. Sullivan | Patent | '683 | A.C. |
| 141. | 12/07/2000 | Letter | S. Petuchowski | E. Lewis | | Status of patent | '683 | A.C. |
| 142. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobel | Status of patent | '683 | A.C. |
| 143. | 03/24/1999 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Status of patent | '683 | A.C. |
| 144. | 03/22/1999 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Patent | '683 | A.C. |
| 145. | 08/10/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of patent | '683 | A.C. |

5

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 146. | 07/10/1998 | Letter | B. Sunstein | J. Bernfeld | | Status of patent | '683 | A.C. |
| 147. | 07/01/1998 | Letter | J. Bernfeld | B. Sunstein S. Petuchowski | R. Sheridan | Status of patent | '683 | A.C. |
| 148. | 06/26/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of patent | '683 | A.C. |
| 149. | 01/31/2005 | Letter | J. Conway | W. Sapp | | Status | '929 | A.C. |
| 150. | 06/29/2001 | Letter | E. Conway | E. Lewis | | Status | '929 | A.C. |
| 151. | 06/26/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 152. | 05/02/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 153. | 05/02/2001 | Letter | S. Petuchowski | J. Callerame | E. Lewis R. Daut | Status and strategy | '929 | A.C./W.P. |
| 154. | 02/28/2001 | Letter | S. Petuchowski | E. Lewis | R.Daut | Status and strategy | '929 | A.C. |
| 155. | 12/11/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 156. | 12/06/2000 | Letter | S. Petuchowski | J. Callerame | | Status and strategy | '929 | A.C./W.P. |
| 157. | 10/11/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 158. | 09/11/2000 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Status and strategy | '929 | A.C./W.P. |
| 159. | 08/14/2000 | Letter | S. Petuchowski | B. Lewis | | Status and strategy | '929 | A.C. |
| 160. | 08/01/2000 | Letter | S. Petuchowski | J. Callerame | E. Lewis | Status and strategy | '929 | A.C./W.P. |
| 161. | 04/19/2000 | Letter | S. Petuchowski | J. Callerame | E. Lewis | Status and strategy | '929 | A.C./W.P. |
| 162. | 01/19/2000 | Letter | S. Petuchowski | J. Callerame | D. Sullivan J. Carr | Status and strategy | '929 | A.C. |
| 163. | 01/07/2000 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status and strategy | '929 | A.C./W.P. |
| 164. | 11/12/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 165. | 10/01/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 166. | 08/18/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |

6

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 167. | 08/06/1999 | Letter | J. Carr | S. Petuchowski | | Status and strategy | '929 | A.C. |
| 168. | 07/29/1999 | Fax/letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 169. | 07/22/1999 | Teleconference Memo | | J. Carr | | Status and strategy | '929 | A.C. |
| 170. | 07/20/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 171. | 07/15/1999 | Teleconference Memo | | J. Carr | | Status and strategy | '929 | A.C. |
| 172. | 06/04/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 173. | 05/25/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 174. | 04/29/2004 | Letter | S. Petuchowski | W. Sapp | W. Grieco N. January | Status and strategy | '929 | |

7