# EXHIBIT I

Case 1:04-cv-10339-RWZ   Document 86-4   Filed 08/03/2005   Page 1 of 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>Defendant | Civil Action No. 04-10339-GAO<br>(Magistrate Judge Cohen) |

## SECOND SUPPLEMENTAL PRIVILEGE LOG IN RESPONSE TO SUBPOENAS TO BROMBERG & SUNSTEIN LLP AND SAMUEL J. PETUCHOWSKI

Dated: Boston, Massachusetts
June 30, 2005

Erik Paul Belt, BBO # 558620
John F. Ward, BBO # 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsun.com

*AMERICAN SCIENCE AND ENGINEERING, INC.*

SECOND SUPPLEMENTAL PRIVILEGE LOG IN RESPONSE TO SUBPOENAS TO BROMBERG & SUNSTEIN LLP AND SAMUEL J. PETUCHOWSKI

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 49. | 07/11/2001 | Letter | S. Petuchowski | E. Lewis | | Patent | '683 | A.C. |
| 50. | 06/21/2001 | Letter | S. Petuchowski | E. Lewis | | Patent | '683 | A.C. |
| 51. | 06/12/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Patent | '683 | A.C. |
| 52. | 06/11/1998 | Fax | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 53. | 06/11/1998 | Fax | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 54. | 06/11/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 55. | 06/10/1998 | Fax | S. Petuchowski | J. Carr | | Patent | '683 | A.C. |
| 56. | 06/09/1998 | Fax | S. Petuchowski | L. Steele | | Patent | '683 | A.C. |
| 57. | 06/03/1998 | Letter | S. Petuchowski | N. Niazi | | Patent | '683 | A.C. |
| 58. | 06/09/1998 | Fax | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 59. | 06/09/1998 | Teleconference Memo | S. Petuchowski | Dowell & Dowell | | Patent | '683 | A.C. |
| 60. | 06/02/1998 | Letter | S. Petuchowski | N. Niazi | | Patent | '683 | A.C. |
| 61. | 05/28/1998 | Letter | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 62. | 06/02/1998 | Fax | J. Carr | B. Sunstein | | Patent | '683 | A.C. |
| 63. | 06/01/1998 | Fax | B. Sunstein | R. Peters | | Patent | '683 | A.C. |
| 64. | 06/01/1998 | Fax | B. Sunstein | J. Bernfeld | | Patent | '683 | A.C. |
| 65. | 06/01/1998 | Fax | J. Carr | B. Sunstein | | Patent | '683 | A.C. |

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 66. | 06/01/1998 | Teleconference Memo | B. Sunstein | Foreign Associate | | Patent | '683 | A. C. |
| 67. | 06/01/1998 | Teleconference Memo | B. Sunstein | Jeff Bernfeld | | Patent | '683 | A.C. |
| 68. | 05/12/1998 | Letter | S. Petuchowski | T. Sobol | | Patent | '683 | A.C./W.P. |
| 69. | Intentionally Left Blank | | | | | | | |
| 70. | Intentionally Left Blank | | | | | | | |
| 71. | Intentionally Left Blank | | | | | | | |
| 72. | 05/05/1998 | Letter | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 73. | Intentionally Left Blank | | | | | | | |
| 74. | Intentionally Left Blank | | | | | | | |
| 75. | Intentionally Left Blank | | | | | | | |
| 76. | 05/04/1998 | Letter | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 77. | 05/03/1998 | Letter | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 78. | 03/02/1998 | Letter | S. Petuchowski | R. Dowell | J. Bernfeld | Patent | '683 | A.C. |
| 79. | 02/25/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 80. | 02/26/1998 | Telephone Note | S. Petuchowski | | | Patent | '683 | A.C. |
| 81. | 01/16/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 82. | 01/19/1998 | Fax | J. Carr | S. Petuchowski | | Patent | '683 | A.C. |
| 83. | 01/16/1998 | Teleconference Memo | S. Petuchowski | L. Grodzins | | Application status | '683 | A.C. |
| 84. | 01/15/1998 | Fax | J. Carr | S. Petuchowski | | Patent application status | '683 | A.C. |
| 85. | 01/13/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams L. Grodzins | Patent application status and Planning | '683 | A.C. |
| 86. | 11/12/1997 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Application update | '683 | A.C. |

2

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 87. | 11/04/1997 | Telephone Note | S. Petuchowski | J. Reed | | Patent | '683 | A.C. |
| 88. | 08/25/1997 | Letter | S. Petuchowski | W. Adams | | Application status | '683 | A.C. |
| 89. | 01/16/1998 | Fax | A. Daley | J. Carr | | Application status | '683 | A.C. |
| 90. | 08/11/1997 | Letter | S. Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 91. | 07/29/1997 | Letter | V. Lannigan | J. Bernfeld | | Application Status | '683 | A.C. |
| 92. | 07/10/1997 | Memo | S. Petuchowski | To File | | Application Issues | '683 | A.C. |
| 93. | 06/26/1997 | Letter | S Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 94. | 05/23/1997 | Letter | V. Lannigan | M. Hynes | | Application Status | '683 | A.C. |
| 95. | 03/24/1997 | Draft | R. Swift | B. Sunstein | | Draft Assignment | '683 | A.C. |
| 96. | 03/31/1997 | Fax | S. Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 97. | 03/14/1997 | Letter | S. Petuchowski | M. Hynes | | Application status and planning | '683 | A.C. |
| 98. | 02/19/1997 | Letter | V. Lannigan | M. Hynes | | Application Status | '683 | A.C. |
| 99. | 02/12/1997 | Teleconference Memo | S. Petuchowski | M. Hynes | | Application | '683 | A.C. |
| 100. | 02/12/1997 | Fax | S. Petuchowski | R. Swift | | Application | '683 | A.C. |
| 101. | 01/12/1997 | Teleconference Memo | S. Petuchowski | R. Swift | | Patent | '683 | A.C. |
| 102. | 02/10/1997 | Draft | R. Swift | S. Petuchowski | | Draft | '683 | A.C. |
| 103. | 02/11/1997 | Letter | S. Petuchowski | M. Hynes | | Draft patent application | '683 | A.C. |
| 104. | 01/26/2001 | Fax | S. Petuchowski | R. Daut | | Fax transmission | '683 | A.C./W.P. |
| 105. | 12/06/2000 | Fax | S. Petuchowski | E. Lewis | | Patent | '683 | A.C./W.P. |

3

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 106. | 11/28/2000 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Re-exam application | '683 | A.C./W.P. |
| 107. | 09/21/2000 | Email | S. Petuchowski | N. January | | Status of Re-Exam | '683 | W.P. |
| 108. | 07/07/2000 | Letter | S. Petuchowski | E. Lewis | | Status of Re-Exam | '683 | A.C./W.P. |
| 109. | 06/28/2000 | Letter | S. Petuchowski | E. Lewis R. Daut | | Status of Re-Exam | '683 | A.C./W.P. |
| 110. | 03/24/2000 | Letter | S. Petuchowski | E. Lewis | | Status of Re-Exam | '683 | A.C./W.P. |
| 111. | 02/04/2000 | Email | S. Petuchowski | B. Sunstein | | Status of Re-Exam | '683 | W.P. |
| 112. | 12/17/1999 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status of Re-Exam | '683 | A.C./W.P. |
| 113. | 12/16/1999 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status of Re-Exam | '683 | A.C./W.P. |
| 114. | 12/15/1999 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Draft material for review | '683 | A.C./W.P. |
| 115. | 12/17/1999 | Fax | S. Petuchowski | T. Sobol | | Material for review and comment | '683 | A.C./W.P. |
| 116. | 11/08/1999 | Letter | S. Petuchowski | J. Bernfeld | | Material for review | '683 | A.C./W.P. |
| 117. | 10/21/1999 | Letter | S. Petuchowski | J. Bernfeld | T. Sobol | Comments and notes on material received. | | A.C./W.P. |
| 118. | 07/30/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut | Status of Re-Exam | '683 | A.C./W.P. |
| 119. | 07/29/1999 | Letter | S. Petuchowski | R. Daut J. Bernfeld | | Status of Re-Exam | '683 | A.C./W.P. |
| 120. | 06/24/1999 | Letter | S. Petuchowski | R. Daunt J. Bernfeld | | Status of Re-Exam | '683 | A.C./W.P. |
| 121. | 06/17/1999 | Fax cover | S. Petuchowski | R. Daut | | Draft for review | '683 | A.C./W.P. |
| 122. | 06/17/1999 | Fax cover | S. Petuchowski | J. Bernfeld | | Draft for review | '683 | A.C./W.P. |

4

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 123. | 06/16/1999 | Letter | S. Petuchowski | R. Daut J. Bernfeld | | Draft for review | '683 | A.C./W.P. |
| 124. | 05/24/1999 | Fax | T. Sobol | S. Petuchowksi | | Comments, instruction | '683 | A.C./W.P. |
| 125. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobel | Status of Re-Exam | '683 | A.C./W.P. |
| 126. | 05/21/1999 | Fax/letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobel | Status of Re-Exam | '683 | A.C./W.P. |
| 127. | 05/21/1999 | Fax/letter | S. Petuchowski | T. Sobol R. Daut | | Notes and Comment | '683 | A.C. |
| 128. | 03/09/1999 | Letter | S. Petuchowski | J. Bernfeld | | Draft and strategy re: Re-exam | '683 | A.C./W.P. |
| 129. | Intentionally Left Blank | | | | | | | |
| 130. | Intentionally Left Blank | | | | | | | |
| 131. | Intentionally Left Blank | | | | | | | |
| 132. | Intentionally Left Blank | | | | | | | |
| 133. | 04/18/2000 | Telephone Note | S. Petuchowski | Hein | | Status | '683 | A.C. |
| 134. | 02/25/2000 | Telephone Memo | S. Petuchowski | Church | | Status | '683 | W.P. |
| 135. | 02/04/2000 | Email | S. Petuchowski | B. Sunstein | | Status | '683 | W.P. |
| 136. | Intentionally Left Blank | | | | | | | |
| 137. | Intentionally Left Blank | | | | | | | |
| 138. | 11/08/1999 | Notes to file | S. Petuchowski | | | Status | '683 | A.C./W.P. |
| 139. | 11/15/1999 | Notes to file re client conference | S. Petuchowski | T. Sobol | | Status | '683 | A.C./W.P. |
| 140. | 01/21/2000 | Letter | S. Petuchowski | J. Bernfeld | D. Sullivan | Patent | '683 | A.C. |
| 141. | 12/07/2000 | Letter | S. Petuchowski | E. Lewis | | Status of patent | '683 | A.C. |
| 142. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobol | Status of patent | '683 | A.C. |
| 143. | 03/24/1999 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Status of patent | '683 | A.C. |
| 144. | 03/22/1999 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Patent | '683 | A.C. |
| 145. | 08/10/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of patent | '683 | A.C. |
| 146. | 07/10/1998 | Letter | B. Sunstein | J. Bernfeld | | Status of patent | '683 | A.C. |

5

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 147. | 07/01/1998 | Letter | J. Bernfeld | B. Sunstein S. Petuchowski | R. Sheridan | Status of patent | '683 | A.C. |
| 148. | 06/26/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of patent | '683 | A.C. |
| 149. | 01/31/2005 | Letter | J. Conway | W. Sapp | | Status | '929 | A.C. |
| 150. | 06/29/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 151. | 06/26/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 152. | 05/02/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 153. | 05/02/2001 | Letter | S. Petuchowski | J. Callerame | E. Lewis R. Daut | Status and strategy | '929 | A.C./W.P. |
| 154. | 02/28/2001 | Letter | S. Petuchowski | E. Lewis | R. Daut | Status and strategy | '929 | A.C. |
| 155. | 12/11/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 156. | 12/06/2000 | Letter | S. Petuchowski | J. Callerame | | Status and strategy | '929 | A.C./W.P. |
| 157. | 10/11/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 158. | 09/11/2000 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Status and strategy | '929 | A.C./W.P. |
| 159. | 08/14/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 160. | 08/01/2000 | Letter | S. Petuchowski | J. Callerame | E. Lewis | Status and strategy | '929 | A.C./W.P. |
| 161. | 04/19/2000 | Letter | S. Petuchowski | J. Callerame | E. Lewis | Status and strategy | '929 | A.C./W.P. |
| 162. | 01/19/2000 | Letter | S. Petuchowski | J. Callerame | D. Sullivan J. Carr | Status and strategy | '929 | A.C. |
| 163. | 01/07/2000 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status and strategy | '929 | A.C./W.P. |
| 164. | 11/12/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 165. | 10/01/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 166. | 08/18/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 167. | 08/06/1999 | Letter | J. Carr | S. Petuchowski | | Status and strategy | '929 | A.C. |

6

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 168. | 07/29/1999 | Fax/letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 169. | 07/22/1999 | Teleconference Memo re client conference | B. Sunstein | J. Carr | | Status and strategy | '929 | A.C. |
| 170. | 07/20/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 171. | 07/15/1999 | Teleconference Memo re client conference | B. Sunstein | J. Carr | | Status and strategy | '929 | A.C. |
| 172. | 06/04/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 173. | 05/25/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 174. | 04/29/2004 | Letter | S. Petuchowski | W. Sapp | W. Grieco N. January | Status and strategy | '929 | |

7

Dated: Boston, Massachusetts
      June 30, 2005

AMERICAN SCIENCE & ENGINEERING
By its attorneys,

_____
Erik Paul Belt, BBO# 558620
John F. Ward, BBO # 646689
BROMBERG SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
617.443.9292
617.443.0004 (fax)

### CERTIFICATE OF SERVICE

I certify that, on the above date, I served a true copy of this document by first class mail on counsel for each other party.

_____
John F. Ward, BBO # 646689

01945/00511  392216.1

# EXHIBIT J

## Abrahamsen, Robert

**From:** Abrahamsen, Robert
**Sent:** Monday, July 11, 2005 4:46 PM
**To:** 'John F. Ward'
**Subject:** RE: Priv. Log Designations

John - Please let me know right away whether AS&E will be producing any of these documents? Bob

---

**From:** John F. Ward [mailto:JWard@bromsun.com]
**Sent:** Thursday, July 07, 2005 9:59 AM
**To:** Abrahamsen, Robert
**Subject:** RE: Priv. Log Designations

Bob, I am reviewing these documents today and will follow-up with you directly. John

-----Original Message-----
**From:** Abrahamsen, Robert [mailto:Robert.Abrahamsen@WolfGreenfield.com]
**Sent:** Tuesday, July 05, 2005 12:16 PM
**To:** John F. Ward
**Subject:** Priv. Log Designations

John - As we just discussed, the additional privilege log items we are considering challenging are those to/from R. Dowell, including 52, 53, 58, 72, 76-78.

We still see potential problems with 10, 29, 59, 66, 80, 92, 138, and 139.

Please let us know by noon tomorrow whether you wish to reconsider any of these designations.

Thanks,
Bob

**Robert M. Abrahamsen**
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.720.2441 fax
*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone at 617-443-9292.

7/28/2005

# EXHIBIT K

## Abrahamsen, Robert

**From:** Abrahamsen, Robert
**Sent:** Monday, July 18, 2005 2:28 PM
**To:** 'John F. Ward'
**Cc:** Foster, James
**Subject:** RE: Interrogatories

John - We have been extremely patient in trying to work with you to narrow the issues here, but our patience is beginning to wear thin. We request a L.R. 37.1 conference on this issue immediately. Bob

-----Original Message-----
From: John F. Ward [mailto:JWard@bromsun.com]
Sent: Monday, July 18, 2005 2:03 PM
To: Abrahamsen, Robert
Cc: John F. Ward
Subject: Re: Interrogatories

Bob, I'm currently out of the office, so it will be difficult to address this, in the timeframe you suggest. I will follow up with you, however. John
------------------------
Sent from my BlackBerry Wireless Handheld


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

-----Original Message-----
From: Abrahamsen, Robert <Robert.Abrahamsen@WolfGreenfield.com>
To: John F. Ward <JWard@bromsun.com>
CC: Foster, James <James.Foster@WolfGreenfield.com>
Sent: Mon Jul 18 13:50:06 2005
Subject: FW: Interrogatories

John - In a voice-mail you left me last week in response to the attached e-mail, you said you were considering producing several additional documents listed on Bromberg & Sunstein's privilege log. Please let me know by the end of the day today whether any such documents will be produced. Thanks, Bob

---

From: Abrahamsen, Robert
Sent: Thursday, July 14, 2005 4:57 PM
To: 'John F. Ward'
Subject: RE: Interrogatories


We will expect a response to our second set of interrogatories on or before Wed. (7/20). Can you commit to closing the loop on the privilege log issue by the end of this week?

---

From: John F. Ward [mailto:JWard@bromsun.com]
Sent: Thursday, July 14, 2005 4:47 PM
To: Abrahamsen, Robert
Cc: Erik Belt
Subject: Interrogatories


Bob,

1

I write to confirm your voicemail concerning L-3's assent to our request to extend the
response date in connection with L-3's second set of interrogatories. I expect to have
signed responses to you during the first half of next week. On another matter, I will
contact you with our position regarding the privilege log entries. John

John F. Ward
Attorney

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is
privileged and confidential. If the recipient of this message is not an addressee, please
notify us immediately by telephone.

<<John F. Ward.vcf>>