



**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Robert M. Abrahamsen
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

May 31, 2005

VIA FACSIMILE

John F. Ward
Bromberg & Sunstein, LLP
125 Summer Street
Boston, MA 02110-1618

Re:  L-3 Communications v. American Science & Engineering, Inc. v
     Civil Action No. 04-10339-RWZ (D. Mass.)
     Your File No. 1945/511
     Our File No. L0632.60003US00

Dear John:

We are planning on filing a motion to compel the production of certain documents from Bromberg & Sunstein, and are sending you this letter in an effort to narrow the issues in advance of bringing the motion. The first category of documents we are seeking are records reflecting time spent or work done on various AS&E's matters, as specified in item numbers 8-14 of the subpoena issued March 28, 2005.

The second category of documents we are seeking are document numbers 10, 29, 59, 66, 67, 69-71, 73-75, 83, 92, 95, 129-132, 136-139, 169, and 171 identified in the privileged logs produced by Bromberg & Sunstein in response to the February 11, 2005 subpoenas.

It is our position that Bromberg & Sunstein has made an insufficient showing that such documents are immune from discovery. L-3 further intends to request, in the alternative, that the Court perform an *in camera* inspection of such documents to determine whether the assertion of privilege or work product was proper. Please contact me immediately to conduct a Rule 37.1 conference on these issues.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Robert M. Abrahamsen

RMA/psv