

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>Defendant | Civil Action No. 04-10339-GAO<br>(Magistrate Judge Cohen) |

## SECOND SUPPLEMENTAL PRIVILEGE LOG IN RESPONSE TO SUBPOENAS TO BROMBERG & SUNSTEIN LLP AND SAMUEL J. PETUCHOWSKI

Erik Paul Belt, BBO # 558620
John F. Ward, BBO # 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsum.com

Dated: Boston, Massachusetts
June 30, 2005

*AMERICAN SCIENCE AND ENGINEERING, INC.*

SECOND SUPPLEMENTAL PRIVILEGE LOG IN RESPONSE TO SUBPOENAS TO BROMBERG & SUNSTEIN LLP AND SAMUEL J. PETUCHOWSKI

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 49. | 07/11/2001 | Letter | S. Petuchowski | E. Lewis | | Patent | '683 | A.C. |
| 50. | 06/21/2001 | Letter | S. Petuchowski | E. Lewis | | Patent | '683 | A.C. |
| 51. | 06/12/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Patent | '683 | A.C. |
| 52. | 06/11/1998 | Fax | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 53. | 06/11/1998 | Fax | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 54. | 06/11/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 55. | 06/10/1998 | Fax | S. Petuchowski | J. Carr | | Patent | '683 | A.C. |
| 56. | 06/09/1998 | Fax | S. Petuchowski | L. Steele | | Patent | '683 | A.C. |
| 57. | 06/03/1998 | Letter | S. Petuchowski | N. Niazi | | Patent | '683 | A.C. |
| 58. | 06/09/1998 | Fax | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 59. | 06/09/1998 | Teleconference Memo | S. Petuchowski | Dowell & Dowell | | Patent | '683 | A.C. |
| 60. | 06/02/1998 | Letter | S. Petuchowski | N. Niazi | | Patent | '683 | A.C. |
| 61. | 05/28/1998 | Letter | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 62. | 06/02/1998 | Fax | J. Carr | B. Sunstein | | Patent | '683 | A.C. |
| 63. | 06/01/1998 | Fax | B. Sunstein | R. Peters | | Patent | '683 | A.C. |
| 64. | 06/01/1998 | Fax | B. Sunstein | J. Bernfeld | | Patent | '683 | A.C. |
| 65. | 06/01/1998 | Fax | J. Carr | B. Sunstein | | Patent | '683 | A.C. |

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 66. | 06/01/1998 | Teleconference Memo | B. Sunstein | Foreign Associate | | Patent | '683 | A.C. |
| 67. | 06/01/1998 | Teleconference Memo | B. Sunstein | Jeff Bernfeld | | Patent | '683 | A.C. |
| 68. | 05/12/1998 | Letter | S. Petuchowski | T. Sobol | | Patent | '683 | A.C./W.P. |
| 69. | Intentionally Left Blank | | | | | | | |
| 70. | Intentionally Left Blank | | | | | | | |
| 71. | Intentionally Left Blank | | | | | | | |
| 72. | 05/05/1998 | Letter | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 73. | Intentionally Left Blank | | | | | | | |
| 74. | Intentionally Left Blank | | | | | | | |
| 75. | Intentionally Left Blank | | | | | | | |
| 76. | 05/04/1998 | Letter | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 77. | 05/03/1998 | Letter | R. Dowell | S. Petuchowski | | Patent | '683 | A.C. |
| 78. | 03/02/1998 | Letter | S. Petuchowski | R. Dowell | | Patent | '683 | A.C. |
| 79. | 02/25/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 80. | 02/26/1998 | Telephone Note | S. Petuchowski | | J. Bernfeld | Patent | '683 | A.C. |
| 81. | 01/16/1998 | Fax | S. Petuchowski | J. Bernfeld | | Patent | '683 | A.C. |
| 82. | 01/19/1998 | Fax | J. Carr | S. Petuchowski | | Patent | '683 | A.C. |
| 83. | 01/16/1998 | Teleconference Memo | S. Petuchowski | L. Grodzins | | Application status | '683 | A.C. |
| 84. | 01/15/1998 | Fax | J. Carr | S. Petuchowski | | Patent application status | '683 | A.C. |
| 85. | 01/13/1998 | Letter | S. Petuchowski | J. Bernfeld | W. Adams L. Grodzins | Patent application status and Planning | '683 | A.C. |
| 86. | 11/12/1997 | Letter | S. Petuchowski | J. Bernfeld | W. Adams | Application update | '683 | A.C. |

2

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 87. | 11/04/1997 | Telephone Note | S. Petuchowski | J. Reed | | Patent | '683 | A.C. |
| 88. | 08/25/1997 | Letter | S. Petuchowski | W. Adams | | Application status | '683 | A.C. |
| 89. | 01/16/1998 | Fax | A. Daley | J. Carr | | Application status | '683 | A.C. |
| 90. | 08/11/1997 | Letter | S. Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 91. | 07/29/1997 | Letter | V. Lannigan | J. Bernfeld | | Application Status | '683 | A.C. |
| 92. | 07/10/1997 | Memo | S. Petuchowski | To File | | Application Issues | '683 | A.C. |
| 93. | 06/26/1997 | Letter | S Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 94. | 05/23/1997 | Letter | V. Lannigan | M. Hynes | | Application Status | '683 | A.C. |
| 95. | 03/24/1997 | Draft | R. Swift | B. Sunstein | | Draft Assignment | '683 | A.C. |
| 96. | 03/31/1997 | Fax | S. Petuchowski | J. Bernfeld | | Application Status | '683 | A.C. |
| 97. | 03/14/1997 | Letter | S. Petuchowski | M. Hynes | | Application status and planning | '683 | A.C. |
| 98. | 02/19/1997 | Letter | V. Lannigan | M. Hynes | | Application Status | '683 | A.C. |
| 99. | 02/12/1997 | Teleconference Memo | S. Petuchowski | M. Hynes | | Application | '683 | A.C. |
| 100. | 02/12/1997 | Fax | S. Petuchowski | R. Swift | | Application | '683 | A.C. |
| 101. | 01/12/1997 | Teleconference Memo | S. Petuchowski | R. Swift | | Patent | '683 | A.C. |
| 102. | 02/10/1997 | Draft | R. Swift | S. Petuchowski | | Draft | '683 | A.C. |
| 103. | 02/11/1997 | Letter | S. Petuchowski | M. Hynes | | Draft patent application | '683 | A.C. |
| 104. | 01/26/2001 | Fax | S. Petuchowski | R. Daut | | Fax transmission | '683 | A.C./W.P. |
| 105. | 12/06/2000 | Fax | S. Petuchowski | E. Lewis | | Patent | '683 | A.C./W.P. |

3

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 123. | 06/16/1999 | Letter | S. Petuchowski | R. Daut J. Bernfeld | | Draft for review | '683 | A.C./W.P. |
| 124. | 05/24/1999 | Fax | T. Sobol | S. Petuchowksi | | Comments, instruction | '683 | A.C./W.P. |
| 125. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobol | Status of Re-Exam | '683 | A.C./W.P. |
| 126. | 05/21/1999 | Fax/letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobol | Status of Re-Exam | '683 | A.C./W.P. |
| 127. | 05/21/1999 | Fax/letter | S. Petuchowski | T. Sobol R. Daut | | Notes and Comment | '683 | A.C. |
| 128. | 03/09/1999 | Letter | S. Petuchowski | J. Bernfeld | | Draft and stratregy re: Re-exam | '683 | A.C./W.P. |
| 129. | Intentionally Left Blank | | | | | | | |
| 130. | Intentionally Left Blank | | | | | | | |
| 131. | Intentionally Left Blank | | | | | | | |
| 132. | Intentionally Left Blank | | | | | | | |
| 133. | 04/18/2000 | Telephone Note | S. Petuchowski | Hein | | Status | '683 | A.C. |
| 134. | 02/25/2000 | Telephone Memo | S. Petuchowski | Church | | Status | '683 | W.P. |
| 135. | 02/04/2000 | Email | S. Petuchowski | B. Sunstein | | Status | '683 | W.P. |
| 136. | Intentionally Left Blank | | | | | | | |
| 137. | Intentionally Left Blank | | | | | | | |
| 138. | 11/08/1999 | Notes to file | S. Petuchowski | | | Status | '683 | A.C./W.P. |
| 139. | 11/15/1999 | Notes to file re client conference | S. Petuchowski | T. Sobol | | Status | '683 | A.C./W.P. |
| 140. | 01/21/2000 | Letter | S. Petuchowski | J. Bernfeld | D. Sullivan | Patent | '683 | A.C. |
| 141. | 12/07/2000 | Letter | S. Petuchowski | E. Lewis | | Status of patent | '683 | A.C. |
| 142. | 05/21/1999 | Letter | S. Petuchowski | J. Bernfeld | R. Daut T. Sobol | Status of patent | '683 | A.C. |
| 143. | 03/24/1999 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Status of patent | '683 | A.C. |
| 144. | 03/22/1999 | Letter | S. Petuchowski | L. Grodzins | J. Bernfeld | Patent | '683 | A.C. |
| 145. | 08/10/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of patent | '683 | A.C. |
| 146. | 07/10/1998 | Letter | B. Sunstein | J. Bernfeld | | Status of patent | '683 | A.C. |

5

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 147. | 07/01/1998 | Letter | J. Bernfeld | B. Sunstein S. Petuchowski | R. Sheridan | Status of patent | '683 | A.C. |
| 148. | 06/26/1998 | Letter | S. Petuchowski | J. Bernfeld | | Status of patent | '683 | A.C. |
| 149. | 01/31/2005 | Letter | J. Conway | W. Sapp | | Status | '929 | A.C. |
| 150. | 06/29/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 151. | 06/26/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 152. | 05/02/2001 | Letter | J. Conway | E. Lewis | | Status | '929 | A.C. |
| 153. | 05/02/2001 | Letter | S. Petuchowski | J. Callerame | E. Lewis R. Daut | Status and strategy | '929 | A.C./W.P. |
| 154. | 02/28/2001 | Letter | S. Petuchowski | E. Lewis | R.Daut | Status and strategy | '929 | A.C. |
| 155. | 12/11/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 156. | 12/06/2000 | Letter | S. Petuchowski | J. Callerame | | Status and strategy | '929 | A.C./W.P. |
| 157. | 10/11/2000 | Letter | S. Petuchowski | E. Lewis | J. Callerame | Status and strategy | '929 | A.C. |
| 158. | 09/11/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C./W.P. |
| 159. | 08/14/2000 | Letter | S. Petuchowski | E. Lewis | | Status and strategy | '929 | A.C. |
| 160. | 08/01/2000 | Letter | S. Petuchowski | J. Callerame | E. Lewis | Status and strategy | '929 | A.C./W.P. |
| 161. | 04/19/2000 | Letter | S. Petuchowski | J. Callerame | E. Lewis | Status and strategy | '929 | A.C./W.P. |
| 162. | 01/19/2000 | Letter | S. Petuchowski | J. Callerame | D. Sullivan J. Carr | Status and strategy | '929 | A.C. |
| 163. | 01/07/2000 | Letter | S. Petuchowski | J. Callerame | D. Sullivan T. Sobol | Status and strategy | '929 | A.C./W.P. |
| 164. | 11/12/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 165. | 10/01/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 166. | 08/18/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 167. | 08/06/1999 | Letter | J. Carr | S. Petuchowski | | Status and strategy | '929 | A.C. |

6

| Doc | Date | Document Type | Author | Addressee | Copy Recipients | Description | Related Patent No. | Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| 168. | 07/29/1999 | Fax/letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 169. | 07/22/1999 | Teleconference Memo re client conference | B. Sunstein | J. Carr | | Status and strategy | '929 | A.C. |
| 170. | 07/20/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 171. | 07/15/1999 | Teleconference Memo re client conference | B. Sunstein | J. Carr | | Status and strategy | '929 | A.C. |
| 172. | 06/04/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 173. | 05/25/1999 | Letter | S. Petuchowski | J. Bernfeld | | Status and strategy | '929 | A.C. |
| 174. | 04/29/2004 | Letter | S. Petuchowski | W. Sapp | W. Grieco N. January | Status and strategy | '929 | |

7

Dated: Boston, Massachusetts  
      June 30, 2005

AMERICAN SCIENCE & ENGINEERING  
By its attorneys,

_/s/ Erik Paul Belt_  
Erik Paul Belt, BBO# 558620  
John F. Ward, BBO # 646689  
BROMBERG SUNSTEIN LLP  
125 Summer Street  
Boston, Massachusetts 02110  
617.443.9292  
617.443.0004 (fax)

## CERTIFICATE OF SERVICE

I certify that, on the above date, I served a true copy of this document by first class mail on counsel for each other party.

_/s/ John F. Ward_  
John F. Ward, BBO # 646689

01945/00511 392216.1