

125 SUMMER STREET  BOSTON MA  10-1618
T 617 443 9292   F 617 443 0004   WWW.BROMSUN.COM

JOHN F WARD
T 617 443 9292 x277
JWARD@BROMSUN.COM

April 15, 2005



EXHIBIT 2-E

**VIA FACSIMILE AND**
**FIRST CLASS MAIL**

Robert Abrahamsen, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re:   *L-3 Communications Security and Detection Systems Corporation Delaware v.*
      *American Science and Engineering, Inc.*
      United States District Court for the District of Massachusetts
      C.A. No. 04-10339-RWZ
      Our File    1945/511

Dear Bob:

I write in response to your letter of April 13, 2005, concerning the non-party subpoena served upon Bromberg & Sunstein. First, at this time we have identified no additional documents responsive to L-3's requests 1-7. As you know, Bromberg & Sunstein has produced more than 1,200 responsive documents thus far to such requests. Of course, if we identify further responsive documents we will produce them to L-3.

Second, concerning L-3's requests 8-14, L-3's request for Bromberg & Sunstein's time charges, we stand behind the objections raised in our responses of April 8, 2005. The cases cited in your letter are not on point. The identity of Bromberg & Sunstein's client is not in dispute; thus the holdings in *Bailey* and *Saxholm* are inapposite. Further, because the documents you seek reflect attorney/client communications and/or attorney work product, the holdings in *Status Time Corp.* and *M.I.T* support our position, not L-3's.

Indeed, Bromberg & Sunstein's position is consistent with the relevant case law. *See, e.g., Ehrich v. Binghamton City School District*, 210 F.R.D. 17, 23 (N.D.N.Y 2002) (holding that attorney billing statements are subject to the attorney-client privilege); *In re Grand Jury Witness*, 695 F.2d 359, 362 (9th Cir. 1982) (denying discovery of an attorney's bills, ledgers, statements, time records and the like).

ATTORNEYS AT LAW

Robert Abrahamson, Esq
Wolf, Greenfield & Sacks, P.C.
April 15, 2005
Page 2

Sincerely,

John F. Ward

JFW/
01945/00511   379242.1