SEP 1 4 2005

BROMBERG & SUNSTEIN

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/229,993 | 08/28/2002 | Roderick Swift | 1945/A27 | 5317 |

2101    7590    09/12/2005
BROMBERG & SUNSTEIN LLP
125 SUMMER STREET
BOSTON, MA 02110-1618

| EXAMINER |
|---|
| CHURCH, CRAIG E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2882 | |

DATE MAILED: 09/12/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

EXHIBIT 5

PTO-90C (Rev. 10/03)

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 10/229,993 | SWIFT ET AL. |
| | Examiner | Art Unit |
| | Craig E. Church | 2882 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☐ Responsive to communication(s) filed on _____.
2a) ☐ This action is **FINAL**.      2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4) ☒ Claim(s) <u>1-14</u> is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) <u>1-14</u> is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some *  c) ☐ None of:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____.
       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date <u>3/29/05, 4/11/05</u>.
4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1-14 are rejected under 35 U.S.C. 103(a) as being unpatentable over the US Army contract cited as reference A in the IDS filed March 29, 2005 in view of reference BD "Cargo Inspection Technologies" cited in the IDS filed April 11, 2005. Pages B2, B3 and B7 of reference A, (referred to herein as the Contract) reveals that prior to the Contract (ie prior to October 19, 1994) AS&E manufactured and distributed to the US Customs Service its Model 101 VAN, a mobile unit equipped with an x-ray source and with transmission and scatter x-ray detectors and that this system had been trademarked which consequently rendered its existence known to the public.

"Cargo Inspection Technologies" teaches scatter imaging inspection apparatus comprising a pencil beam flying spot source a/b/c (claims 6 and 13) with scanning wheel b which projects the beam at various angles including horizontal (claims 2, 7, 9 and 14), backscatter detector e (claims 5 and 12), transmission detector f, radiation interlocks - bottom of page 247 (claims 4 and 11) and a remote control console in a trailer (claims 3 and 10).

This portion of the Contract does not give details of hardware within the van, and it would have been obvious to employ therefore backscatter imaging systems such as taught by "Cargo Inspection Technologies" since they would have accomplished the functions attributed to the VAN. Furthermore it would have been obvious to equip such

**Application No. 10/229,993**  3
**Art Unit 2882**

combination with x-ray shielding and beam stops necessary to meet federal, state and other radiation safety regulations.

Any inquiry concerning this communication should be directed to Examiner Church at telephone number (571) 272-2488.

*Craig E Church*

Craig E. Church
Senior Examiner
Art Unit 2882

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant(s): | Swift et al. | Atty Dkt: | 1945/A27 |
| Serial No: | 10/229,993 | Art Unit: | 2882 |
| Date Filed: | 08-28-2002 | Examiner: | C. Church |
| Invention: | Mobile X-Ray Inspection System for Large Objects | | |

## LISTING OF ATTACHMENTS TO
## INFORMATION DISCLOSURE STATEMENT

*clc*

A. U.S. Army Contract DAAB10-95-C-0001 (October 19, 1994)

B. ~~Correspondence of Robert Abrahamsen, Esq. to John Conway, Esq. (March 21, 2005)~~ *not prior art*

C. ~~Cost-Plus-Fixed-Fee provisions of FAR 16.306~~ *not prior art*

D. ~~Minutes of Preliminary Design Review under U.S. Army Contract DAAB10-95-C-0001 (February 22, 1995)~~ *not prior art*

E. ~~Amended Complaint for Declaratory Judgment (04-10339-RWZ)~~ *not prior art*

F. ~~American Science and Engineering's Answer to L-3's Amended Complaint and Counterclaims for Patent Infringement~~ *not prior art*

G. ~~AS&E's Motion and Memorandum of Law In Support of AS&E's Motion for Partial Summary Judgment on L-3's Inequitable Conduct Defenses~~ *not prior art*

H. ~~L-3's Motion for Partial Summary Judgment that Certain Claims of U.S. Patent No. 5,903,623 are Invalid under 35 U.S.C. § 102(b)~~ *not prior art*   *21*

I. ~~L-3's Memorandum in Support of Its Motion for Partial Summary Judgment That Certain Claims of U.S. Patent No. 5,903,623 are Invalid under 35 U.S.C. § 102(b)~~ *not prior art*

J. ~~L-3's Local Rule 56.1 Statement of Facts In Support of Its Motion for Partial Summary Judgment that Certain Claims of U.S. Patent No. 5,903,623 are Invalid under 35 U.S.C. § 102(b)~~ *not prior art*   *27*

K. ~~AS&E's Opposition to L-3's Motion for Partial Summary Judgment Concerning the Validity of U.S. Patent No. 5,903,623~~ *not prior art*

L. ~~AS&E's LR 56.1 Statement of Material Facts Opposing L-3's Motion For Partial Summary Judgment Concerning The Validity of U.S. Patent No. 5,903,623~~ *not prior art*

M. ~~Request for Reexamination of US Patent No. 5,764,683 (February 18, 1999)~~ *not prior art*

N. ~~The Scanner: A Mobile X-Ray Inspection System — A Proposal to ARPA in Response to BAA-DAAB10-91-Q-2036~~ *not prior art*

*Church 8/05*

(Information Disclosure Statement--page 9 of 11)

SECTION 2. FORMS PTO/SB/08A and 08B (formerly Form PTO-1449)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants: | Swift et al. | Attorney Docket: | 1945/A27 |
| Serial No: | 10/229,993 | Art Group Unit: | 2882 |
| Date Filed: | August 28, 2002 | Examiner Name: | C. Church |
| Invention: | Mobile X-Ray Inspection System for Large Objects | | |

LIST OF PATENTS AND PUBLICATIONS FOR
APPLICANT'S INFORMATION DISCLOSURE STATEMENT

| U.S. PATENT DOCUMENTS ||||||
|---|---|---|---|---|---|
| Examiner Initials | Reference Number | Document Number | Issue Date | Inventor | Class/Subclass |
| C.f.C. | BB | US 4,031,401 | June 21, 1987 | Jacob | 378/146 |

Examiner Signature: _Church_

Date Considered: _8/05_

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation *if not* in conformance and not considered. Include copy of this form with next communication to applicant.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant(s): | Swift et al. | Atty Dkt: | 1945/A27 |
| Serial No: | 10/229,993 | Art Unit: | 2882 |
| Date Filed: | 08-28-2002 | Examiner: | C. Church |
| Invention: | Mobile X-Ray Inspection System for Large Objects | | |

## LISTING OF ATTACHMENTS TO
## INFORMATION DISCLOSURE STATEMENT

O. ~~AS&E "Mobile Cargosearch, X-Ray Inspection System" Tech Proposal I of II, January 31, 1994~~ *not prior art*

P. ~~AS&E "Mobile Cargosearch, X-Ray Inspection System", Price Proposal II of II, January 31, 1994~~ *not prior art*

Q. L-3's Reply Memorandum in Support of Its Motion for Partial Summary Judgment That Certain Claims of U.S. Patent No. 5,903,623 are Invalid Under 35 U.S.C. §102(b) in *L-3 Communications Security and Detection Systems Corp. Delaware v. American Science & Engineering, Inc.*, April 4, 2005, U.S. District Court for the District of Massachusetts, Civil Action No. 04-10339-RWZ. *not prior art*

R. Reply Declaration of Robert M. Abrahamsen in Support of L-3's Motion for Partial Summary Judgment that Certain Claims of U.S. Patent No. 5,903,623 are Invalid Under 35 U.S.C. §102(b) in *L-3 Communications Security and Detection Systems Corp. Delaware v. American Science & Engineering, Inc.*, April 4, 2005, U.S. District Court for the District of Massachusetts, Civil Action No. 04-10339-RWZ. *not prior art*

S. Surreply Declaration of Robert M. Abrahamsen in Support of L-3's Opposition to AS&E's Motion for Partial Summary Judgment in *L-3 Communications Security and Detection Systems Corp. Delaware v. American Science & Engineering, Inc.*, U.S District Court for the District of Massachusetts, March 1, 2005, Civil Action No. 04-10339-RWZ. *not prior art*

Church 8/05

SECTION 2.  FORMS PTO/SB/08A and 08B (formerly Form PTO-1449)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Applicants: | Swift et al. | Attorney Docket: | 1945/A27 |
| Serial No: | 10/229,993 | Art Group Unit: | 2882 |
| Date Filed: | August 28, 2002 | Examiner Name: | C. Church |
| Invention: | Mobile X-Ray Inspection System for Large Objects | | |

LIST OF PATENTS AND PUBLICATIONS FOR
APPLICANT'S INFORMATION DISCLOSURE STATEMENT

| OTHER DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Reference Number | Author | Title of Article, Title of Journal, Volume Number, Page Numbers, Date |
| CEC | BC | James L. Flanagan et al., | "Substance Identification Analytics", Proceedings, Europto Series, Vol. 2093, October 1993. |
| CEC | BD | André H. Lawrence | "*Cargo Inspection Technologies*", The International Society for Optical Engineering, Vol. 2276, July 1994. |

Examiner Signature: Church

Date Considered: 8/05

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation *if not* in conformance and not considered. Include copy of this form with next communication to applicant.

(Supplemental Information Disclosure Statement--page 4 of 9)

# NEW CENTRAL FAX NUMBER
## Effective July 15, 2005

On <u>July 15, 2005</u>, the Central FAX Number will change to **571-273-8300**. This new Central FAX Number is the result of relocating the Central FAX server to the Office's Alexandria, Virginia campus.

Most facsimile-transmitted patent application related correspondence is required to be sent to the Central FAX Number. To give customers time to adjust to the new Central FAX Number, faxes sent to the old number (703-872-9306) will be routed to the new number until September 15, 2005. <u>After September 15, 2005</u>, the old number will no longer be in service and **571-273-8300** will be the only facsimile number recognized for "centralized delivery".

CENTRALIZED DELIVERY POLICY: For patent related correspondence, hand carry deliveries must be made to the Customer Service Window (now located at the Randolph Building, 401 Dulany Street, Alexandria, VA 22314), and facsimile transmissions must be sent to the Central FAX number, unless an exception applies. For example, if the examiner has rejected claims in a regular U.S. patent application, and the reply to the examiner's Office action is desired to be transmitted by facsimile rather than mailed, the reply must be sent to the Central FAX Number.