

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE )<br><br>Plaintiff and Counter-defendant )<br><br>v. )<br><br>AMERICAN SCIENCE & ENGINEERING, INC. )<br><br>Defendant and Counterclaimant ) | Civil Action No. 04-10339-RWZ |

## STIPULATION AND COVENANT NOT TO SUE

### RECITALS

1.  The defendant-counterclaimant, American Science & Engineering, Inc. ("AS&E"), is the owner of U.S. Patent No. 5,903,623 and U.S. Patent No. 6,292,533 (the "AS&E Patents"). The AS&E Patents are directed to mobile x-ray inspection systems--for example, x-ray inspection systems mounted on trucks.

2.  On or about February 19, 2004, the declaratory judgment plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware ("L-3") filed the above-captioned litigation against AS&E seeking declaratory judgments that the AS&E Patents are not infringed, are invalid, and/or are unenforceable.

3.  AS&E moved to dismiss L-3's complaint for lack of declaratory judgment jurisdiction, arguing, *inter alia*, that AS&E had not threatened imminent litigation against L-3.

4.  In opposing that motion, L-3 made the following statements to the Court:

a. "L-3 sells truck-mounted, transmission-only imaging systems, resembling in some respects the system disclosed in the AS&E patents, and has been offering for sale and selling such systems for some time. One such system currently marketed by L-3 is called the CX-450M." *Plaintiff's Opposition to Defendant AS&E's Motion to Dismiss for Lack of Actual Controversy*, dated March 24, 2004, at 6.

b. "In that letter [of October 5, 2001], AS&E made very clear that . . . AS&E intended to enforce its intellectual property rights relating to <u>transmission-only</u> mobile X-ray inspection systems against PerkinElmer Detection systems and against any successor entitites [i.e., L-3]." *Id.* at 7 (underline in original).

c. "If AS&E were willing to make a Super Sack Statement on the patents-in-suit that mirrors the one it made to resolve the 1998 Case, then no dispute would remain as to these patents either." *Id.* at 21.

d. "While L-3 has not, since June of 2002 [when L-3 acquired its predecessor, PerkinElmer Detection Systems], sold any truck-mounted mobile X-ray inspection systems that employ backscatter technology, such as would be required by the '511 and '683 patents (that were asserted in the 1998 case), it has been selling transmission-only systems all along." *Declaration of Mark Syrnick in Support of Plaintiff's Opposition to Defendant AS&E's Motion to Dismiss for Lack of Actual Controversy*, dated March 24, 2004, at ¶ 37.

e. "If AS&E truly has no intention to bring suit against those products ["truck-mounted transmission-only X-ray inspection systems"], it can

provide the necessary assurances, and moot this case, by making a legally-binding covenant to that effect . . . ." *Id.* at ¶ 38.

5.  The Court denied AS&E's motion to dismiss. Accordingly, AS&E answered the complaint, denied L-3's claims, and counterclaimed that L-3 infringes one or more claims of the AS&E Patents.

6.  L-3 has confirmed during the course of this litigation that, since June 2002, it has made, offered for sale, and sold (and continues to make, offer, and sell) only three models of truck-mounted, transmission-only mobile x-ray inspection systems: the CX-3800M, the CX-2500M, and the CX-450M.

## STIPULATION

Pursuant to F.R.C.P. 41(a)(2), AS&E has moved for dismissal of all claims and counterclaims in the above-captioned litigation. Upon the Court's granting of this motion, or upon L-3's mutual stipulation to dismiss its declaratory judgment claims with prejudice, without costs, and waiving all rights of appeal, AS&E will stipulate to the dismissal of its infringement counterclaims with prejudice, without costs, and waiving all rights of appeal.

## COVENANT

AS&E agrees not to make any claim against L-3 alleging infringement of the two patents-in-suit, namely, U.S. Patent No. 5,903,623 and U.S. Patent No. 6,292,533 (the "AS&E Patents"), arising out of any past, present, or future manufacture, use, sale, offer for sale, or importation of any accused product previously or currently manufactured, used, sold, offered for sale, or imported by L-3, as of the date of this covenant, as limited to the accused products specifically listed below. The following L-3 truck-mounted, transmission-only mobile x-ray inspection systems are within the scope of the covenant:

* CX-450M

* CX-2500M

* CX-3800M

AS&E represents that the signatories below are authorized to bind AS&E to this stipulation and covenant upon the terms stated above.

Dated: November ___, 2005

AMERICAN SCIENCE AND
ENGINEERING, INC.

*By its attorneys,*

Erik Paul Belt, BBO #558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bromsun.com

William F. Grieco, Esq.
General Counsel
American Science & Engineering, Inc.