IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**EXHIBIT C**

| | |
|---|---|
| AMERICAN SCIENCE & ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> EG&G ASTROPHYSICS RESEARCH CORPORATION, <br><br> Defendant. | Civil Action No. 98-11939-GAO |

## STIPULATED ORDER OF DISMISSAL AND COVENANTS

This Stipulated Dismissal and Covenants is entered into by and between American Science & Engineering, Inc., a Massachusetts corporation, and its parents, subsidiaries, divisions, predecessors and successors in interest, executives, officers, attorneys, agents, and employees ("AS&E"), and L-3 Communications Security & Detection Systems Corporation, a Delaware corporation, and its parents, subsidiaries, divisions, predecessors and successors in interest, executives, officers, attorneys, agents, and employees ("L-3"), effective as of February 13, 2004 (the "Effective Date").

### COVENANT AS TO AS&E'S CLAIMS

AS&E agrees not to make any claim against L-3 or its customers alleging infringement of U.S. Patent No. 5,313,511 or U.S. Patent No. 5,764,683 (the "AS&E Patents") arising out of any past, present, or future manufacture, use, sale, offer for sale, or importation of any product previously or currently (as of the date of this order) manufactured, used, sold, offered for sale, or imported by L-3.

The following products and related family configuration options that are within the scope of the covenant include:

- MTXR-LUV;
- Mobile Truck X-ray System with Low Under-Carriage View;
- Mobile Truck X-Ray – Lower Under View;
- MTXR;
- Cygnus X-450 MTXR;
- CX-450M;
- CX-2500M;
- MOBIX System;
- Battelle System;
- System 232E product family;
- LS232 Linescan System product family;
- The 1996 Olympics System;
- eXaminer 3DX 6000;
- eXaminer 3DX 1000;
- VCT30;
- VCT60;
- CVET;
- CX-320 P;
- CX-2500 M;
- CX-3000 M;
- CX-3000 P;
- CX-300 R;
- CX-450 G;
- CX-6000 R;
- CX-6000 T;
- CX-6000 G;
- CX-9000 M;
- CX-9000 P;
- CX-9000 T;
- CX-160P;
- CX-160V;
- CX-450 Series;
- Linescan 231 Towcart;
- Linescan 207 Towcart;
- MVT product family;
- VIS108 product family;
- VDS108 product family;
- PX-M;
- PX-M (with Ruggedized Mobility Kit);
- Model APS;
- Model APS-II;

- CCO;
- CXRS;
- Linescan 107;
- Linescan 110-II;
- Linescan 112;
- Linescan 208;
- Linescan 210;
- Linescan 215;
- Linescan 222;
- Linescan 2226;
- Linescan 229;
- Linescan 231;
- Linescan 232E;
- Linescan 237;
- Linescan 239.

AS&E further agrees that its claim against L-3 for misappropriation of trade secrets shall be dismissed with prejudice.

### AGREEMENT AS TO L-3'S COUNTERCLAIMS

L-3 agrees that once AS&E has made the above covenants, the Court will no longer have declaratory judgment jurisdiction over L-3's counterclaims for invalidity and non-infringement of the AS&E patents.

### DISMISSAL

In view of the foregoing, the parties hereby stipulate that all claims by AS&E in the above-entitled action shall be, and are hereby, dismissed with prejudice, and that all claims by L-3 in the above-entitled action shall be, and are hereby, dismissed without prejudice.

### ADDITIONAL MUTUAL STIPULATIONS

Each party will bear its own costs and waives all rights of appeal as to the claims and counterclaims in this action.

Respectfully submitted,

Dated: February 13, 2004

*Erik P. Belt /mq*

Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN, LLP
125 Summer Street
Boston, MA 02110
Telephone: (617) 443-9292

Robert F. Daut, BBO# 600722
PEPE & HAZARD, LLP
150 Federal Street, 28th Floor
Boston, MA 02110-1745

**ATTORNEYS FOR PLAINTIFF
AMERICAN SCIENCE & ENGINEERING, INC.**

Dated: February 13, 2004

Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Robert M. Abrahamsen, BBO# 636635
WOLF, GREENFIELD & SACKS, P.C.
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210
(617) 720-3500

**ATTORNEYS FOR DEFENDANT
L-3 COMMUNICATIONS, SECURITY & DETECTION
SYSTEMS CORP., successor in interest to
EG&G ASTROPHYSICS RESEARCH CORPORATION**

**SO ORDERED:**

Dated: *February 19, 2004*

United States District Judge