IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-10339-RWZ |

### NOTICE OF APPEARANCE OF ADAM J. KESSEL

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, L-3 Communications Security and Detection Systems Corporation Delaware, in the above-identified action.

                                      Respectfully submitted,

Dated: December 1, 2005        /s/ Adam J. Kessel
                                      Adam J. Kessel (BBO # 661211)
                                      akessell@wolfgreenfield.com
                                      Wolf, Greenfield & Sacks, P.C.
                                      600 Atlantic Avenue
                                      Federal Reserve Plaza
                                      Boston, MA 02210
                                      (617) 646-8000

**963569.1**