FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND )<br>DETECTION SYSTEMS CORPORATION )<br>DELAWARE )<br>)<br>Plaintiff and Counter-defendant )<br>)<br>v. )<br>)<br>AMERICAN SCIENCE & ENGINEERING, INC. )<br>)<br>Defendant and Counterclaimant ) | Civil Action No. 04-10339-RWZ |

### AS&E's *ASSENTED TO* MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF AS&E's MOTION TO DISMISS FOR LACK OF JURISDICTION, FOR ATTORNEYS' FEES, AND TO STAY ALL PROCEEDINGS

American Science & Engineering, Inc. ("AS&E"), respectfully moves for leave to file a reply brief in further support of its currently pending motion to dismiss [Court Docket No. 98]. The proposed reply specifically addresses and differentiates arguments and allegations made by L-3 Communications Security and Detection Systems Corporation ("L-3") in its opposition to AS&E's motion. The proposed reply brief is attached as Exhibit A to this motion. AS&E also respectfully requests that the proposed reply brief be filed and docketed upon the Court's endorsement of this motion.

### LOCAL RULE 7.1 CERTIFICATE

The undersigned certifies that, on December 20, 2005, counsel for the parties spoke by telephone and conferred in good faith. Counsel for L-3 assented to AS&E's request for leave to file a reply brief.

Dated:  December 20, 2005

AMERICAN SCIENCE AND
ENGINEERING, INC.

*By its attorneys*,


/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
John F. Ward, BBO# 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel:  (617) 443-9292
Facsimile:  (617) 443-0004
ebelt@bromsun.com

01945/00511 454599.1