UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

)
L-3 COMMUNICATIONS SECURITY AND        )
DETECTION SYSTEMS CORPORATION          )
DELAWARE                               )
                                       )     Civil Action No. 04-10339-RWZ
          Plaintiff and Counter-defendant )
                                       )
          v.                           )
                                       )
AMERICAN SCIENCE & ENGINEERING, INC.   )
                                       )
          Defendant and Counterclaimant )
_____)

**AS&E's *ASSENTED TO* MOTION FOR EXTENSION OF TIME**

American Science & Engineering, Inc. ("AS&E"), respectfully moves for an extension of

time to respond to the pending motion for summary judgment [Docket Entry # 93] filed by L-3

Communications Security and Detection Systems Corporation ("L-3").  In its ruling dated July

20, 2006 [Docket Entry No. 103], the Court denied AS&E"s pending motion to dismiss based on

a covenant not to sue and directed AS&E to respond to L-3's summary judgment motion by July

10, 2006.  To give the parties a chance to work together in preparing an agreeable covenant not

to sue and thus resolve this litigation, and given the summer vacation schedules of the principals

necessary for such negotiations, AS&E requests a two-week extension, until July 24, 2006, to

respond to L-3's motion.  L-3 assents to this request for an extension.

**LOCAL RULE 7.1 CERTIFICATE**

The undersigned certifies that, on July 7, 2006, counsel for the parties spoke by telephone

and conferred in good faith.  Counsel for L-3, Robert M. Abrahamsen, Esq., assented to AS&E's

request for an extension of time.

Dated:  July 7, 2006

AMERICAN SCIENCE AND
ENGINEERING, INC.

*By its attorneys*,


/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
John F. Ward, BBO# 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel:  (617) 443-9292
Facsimile:  (617) 443-0004
ebelt@bromsun.com


### CERTIFICATE OF SERVICE

I certify that, on July 7, 2006, this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants.


/s/ Erik P. Belt
Erik Paul Belt


01945/00511 516279.1