UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE | ) ) ) ) ) |
| Plaintiff and Counter-defendant | ) ) |
| v. | ) ) |
| AMERICAN SCIENCE & ENGINEERING, INC. | ) ) |
| Defendant and Counterclaimant | ) ) |

Civil Action No. 04-10339-RWZ

_____)

## AS&E's *ASSENTED TO* MOTION FOR SECOND EXTENSION OF TIME

American Science & Engineering, Inc. ("AS&E"), respectfully moves for a second extension of time to respond to the pending motion for summary judgment [Docket Entry # 93] filed by L-3 Communications Security and Detection Systems Corporation ("L-3"). In a ruling dated July 20, 2006 [Docket Entry # 103], the Court denied AS&E"s pending motion to dismiss based on a covenant not to sue and directed AS&E to respond to L-3's summary judgment motion by July 10, 2006. To give the parties a chance to work together in preparing an agreeable covenant not to sue and thus resolve this litigation, AS&E requested, and L-3 assented to, a two-week extension, until July 24, 2006, to respond to L-3's motion. The Court granted that motion. AS&E now requests an additional one-week extension, until July 31, 2006, to allow the parties to continue their attempts to resolve this matter. L-3 assents to this second request for an extension.

## LOCAL RULE 7.1 CERTIFICATE

The undersigned certifies that, on July 21, 2006, counsel for the parties conferred by e-mail in a good faith attempt to resolve or narrow the issues presented in this motion. Counsel for L-3, Robert M. Abrahamsen, Esq., assented to AS&E's second request for an extension of time.

2

| | |
|---|---|
| Dated:  July 24, 2006 | AMERICAN SCIENCE AND ENGINEERING, INC. |
| | *By its attorneys*, |
| | /s/ Erik P. Belt<br>Erik Paul Belt, BBO # 558620<br>John F. Ward, BBO# 646689<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>Tel:  (617) 443-9292<br>Facsimile:  (617) 443-0004<br>ebelt@bromsun.com |

## CERTIFICATE OF SERVICE

I certify that, on July 24, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Erik P. Belt
Erik Paul Belt

01945/00511  525520.1