UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>  Plaintiff and Counter-defendant<br><br>v.<br><br>AMERICAN SCIENCE & ENGINEERING, INC.<br><br>  Defendant and Counterclaimant | Civil Action No. 04-10339-RWZ |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and (c), all parties agree to the dismissal with prejudice of all claims and counterclaims in the above-captioned action. Each party agrees to bear its own costs and attorneys' fees and to waive any and all rights of appeal.

| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORP. DELAWARE | AMERICAN SCIENCE AND ENGINEERING, INC. |
|---|---|
| *By its attorneys*, | *By its attorneys*, |
| /s/ Robert M. Abrahamsen | /s/ Erik P. Belt |
| James J. Foster, BBO # 553285 | Erik Paul Belt, BBO # 558620 |
| Michael A. Albert, BBO # 558566 | John F. Ward, BBO# 646689 |
| Robert M. Abrahamsen, BBO # 636635 | BROMBERG & SUNSTEIN LLP |
| WOLF, GREENFIELD & SACKS, P.C. | 125 Summer Street |
| 600 Atlantic Avenue | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02210 | Tel:  (617) 443-9292 |
| Tel: 617-646-8000 | Facsimile:  (617) 443-0004 |
| Fax: 617-646-8646 | ebelt@bromsun.com |
| rabrahamsen@wolfgreenfield.com | |

Dated:  August 4, 2006

**CERTIFICATE OF SERVICE**

      I certify that, on August 4, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ Erik P. Belt
                                        Erik Paul Belt

01945/00511 531444.1